**E-FILED**
Tuesday, 22 March, 2022 03:43:05 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

_John Huckabee, JR_

)
)
**Plaintiff**
)
)
)
vs.
)
_Tiffanie Clouth_
)
_Tracey J Bovaher_
)
_Shawn M. Thush_
)
_L. T Jester_
)
_L. T Hampen_
)
_Wexford Health_
)
)
)
)
,
)
)
**Defendant(s)**
)

MAR 21 2022

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants) ____

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: John Lovee s HuckriBee Jr

Prison Identification Number: M1 SO45

Current address: Western 9llynoes C.C.
2 SOO Route 99 S
Mt StevInG. 9llynoes. 62 3 5 2

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Teffange Clouth

Current Job Title: Warden

Current Work Address: 9llynoes Wilev C.C.
PO BOX 999
Canton. 9llynoes. 61520

Defendant #2:

Full Name: Troee U Boudnek

Current Job Title: assestent Warden

Current Work Address: 9llynoes Wilev C.C.
P.O BOX 999
canton. 9llynoes. 61520

Defendant #3:

Full Name: Shawn M. Thuush

2

Current Job Title: _L. T_

Current Work Address _Illinois River L.L_
_PO BOX 999_
_Canton. Illinois S. 61520_

**Defendant #4:**

Full Name: _Jester V_

Current Job Title: _L. T_

Current Work Address _Illinois River L.L_
_PO BOX 999_
_Canton Illinois S. 61520_

**Defendant #5:**

Full Name: _Homer)_

Current Job Title: _L. T_

Current Work Address _Illinois River L.L_
_PO BOX 999_
_Canton. Illinois S. 61520_

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." *28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?      Yes ☐      No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐      No ☒

3

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _John Lows HochiBee Jr_

Prison Identification Number: _MI5045_

Current address: _Western Illinois C.C._
_2500 Route 99_

_Mt Sterling. Illinois. 62353_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1: _Wexford Health Sources Incorporated_
Full Name:

Current Job Title: _Medical Provider_

Current Work Address _501 Holiday drive_
_Suite 300_

_Pittsburgh. PA. 15220_

Defendant #2:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #3:

Full Name: _____

2

*[handwritten, top of page]* 9 was ...punishment for complaining and to keep me from filing a lawsuit

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

*[handwritten]* The rest of my evidence is on file at filings/discovery c.c.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑ No ☐    *[handwritten]* Grievance has been

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☑ No ☐ *[handwritten]* withheld from me to delay unused length caused by the more structure and staff failure to disclose highly significant evidence. due to conduct that was culpable. the correctional staff understood the risks to the plaintiff's rights from withholding information

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Pine Street VU — 3 house___

Date(s) of the occurrence __11-2 5-21__ __12-1-21__ __11-16-21__

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

11-2 5-21 at 10:30am LT Thrush 66360
violated my 1st amendment
freedom of speech. 2. and C/O
subjected me to cruel and
unusual punishment for no valid
reason. 3. due process rights
regarding transfers and
segregation). segregation)
was used to punish me
and intimidate me. Me C/S was
also denied as retaliation
4. I received a punish that
LT Thrush 66360 refused to revoke
he also denied me medical
care which was cruel. 5. he also
threatened to pepper spray me for
no reason.

12-1-21 Between 10:00am - 11:00am
LT Thrush Lo6360 _ LT Lester
LT Hamlin allowed me to be
attached right in front of them
and did nothing to stop it
2. These officers actions
were negligent and careless
which is a breach of duty.
3. duty of care was also
violated. I was pepper sprayed
for no reason I did not resist
LT Thrush Lo6360 made an on
his promise to pepper spray
me from previous incident
11-25-21 which was unnecessary
excessive force. 4. dehumanizing
abuse under color of law.
5. video footage and incident
reports supports all claims
6. I asked warden Tiffanie
clark for help she denied
me. I also asked Thoreau
Boudner assistant warden
for help he also denied
to help me. this creates
unsafe conditions. 7. it also
creates mental deterioration

It's clear de 19Berkitz indifference to rights and medical needs. 2. Discrimination which violates 8th and 14th Amendment. due Process violation & was then stoved for complaining and to keep me from filing a grievance 3. I was exposed to unreasonable risk of serious harm. 4. excessive force was used against me 8th amendment forbids cruel and unusual Punishment. 5. I was treated with callous indifference by staff for no reason

John Huchibee has been and will continue to be irreparabiu injured by the conduct of the defendants Medical neglect

11-6-21 to 11-14-21 9 was
Given the various med's
9 mode medical personnel
aware of the Bad side
effects 9 experienced
with the's drug and the
nurses monitoring to Give
me the's drugs irregular's drug
the's actions shown
medical neglect

Venents and order
supports all clam's

6

plaintiff prays that
this court enter
Judgement Granting:

plantoff's costs in
this suit

and additional relief
this court deems
proper and acceptable

respectfully submitted
John Louis Thatcher Jr
Western Illinois L.L
2 500 route 99 S
mt sterling. Illinois 62353

Order For Relief

Plaintiff prays that this honorable court enter judge
ment granting:


Plaintiff costs in this suit;

any additional relief this court deems proper and adeq-
uate;

Respectfully submitted John Louis Huckabee Jr.
                        Western Illinois C.C.
                        2500 Route 99 S.
                        Mt. Sterling,Ill.62353

## RELIEF REQUESTED

(State what relief you want from the court.)

_declaration that the acts and omissions described here in violated rights under the constitution and laws of the united states. compensatory damages in the amount of $16.000 against each defendant Jointly and severatel. punitive damages in the amount of $10.000 against each defendant. a Jury trial on all issues tryable by Jury_

**JURY DEMAND**    Yes ☑   No ☐

Signed this __3__ day of ___/___ , 20 2 2

_John Hutchbee Jr_

( Signature of Plaintiff)

| Name of Plaintiff: _John Hutchbee Jr_ | Inmate Identification Number: _M1-6075_ |
|---|---|
| Address: _Westevn Illinois_ _200 Route 99 S_ | Telephone Number: _2.2_ |

_Mt stevling. Illinois. 62353_

John Huckabee        #M10025

Verification

I have read the
fore going complaint
and have be verify
that the matters
alleged there in are
true, except as to
matters alleged
on information and
Belief. and as to
those. I Believe
them to Be true
I verify under
penalty of perjury
that the fore going
is true and correct
executed at date:
mt sterling. Illinois. 3-1-22
John Huckabee
John Huckabee

John Huckabee #m15075

## Verification

I have read the foregoing complaint and hereby verify that
the matters alleged therein are true except as to matters
alleged on information and belief and as to thoseIbelieve
them to be true.Icertify under penalty of perjury that the
that the foregoing is true and correct.

executed at:Mt. Sterling Illinois

date:_____ _____

_____
John Huckabee,Jr.

John Huckabee #M10775
                          warden
Jeffanie Clark is
legally responsible
for the overall
operation of Illinois
Valley C.C.

                          A.W.O
Tyrell Bordner is
legally responsible
for the welfare
of all inmates

each defendant is
sued individually
and in his or her
official capacity at all
times mentioned in
this complaint each
defendant acted under
the color of state
law

federal rule of civil
procedure

discovery request

Lest the full name.
address. Telephone
Numbers. discosure A

The identify of the
defendant s. witness
also copies of documen:
and tangible things
in there possesion
custody or control that
are relevant and
will Be used to
support its defense
discosure B.

The existence and
location of documents
incident reports
from 11-2 5-21 instate
after.also 12-1-21 incide
inside afteryu
also oideo footage from 12-

# Interrogatories

details about particular events

the defendants position about the issues in the case facts. exhibits. witness. and other evidence that the defendants plan to use in opposition to ~~claims~~ claims.

federal rule of civil procedure 33 requires parties to answer interrogation within 30 days after being served. federal rule of civil procedure 34 _A_ request of production of documents

John Huckabee — #M15075

12-1-21 Between 10.00-
11.00 am Inside Dietary
     all staff on scene
   LT Thrush 66236
   LT Jester
   LT Hamlin

9 received my food
and was seated
at a 4men table
LT Jester was on the
left and LT Thrush
66236 was to the
right. as 9 proceeded
to eat a apple
with my head down
3 smin later a
large figure was
standing over me
Before 9 knew 9t
9 was being attacked
BY a white unknown
male.

which seemed like
forever.
LT Jester
LT Thrush 6636
was no more than
3-4 feet away from m
and did nothing to
stop the attack
when these officers
did respond to the
attack which took place
right in front of
them. I was face
down on the ground
with arms to the
side I did not
resist at all. But
LT Thrush 6636
still pepper sprayed
me for no reason
which is excessive
force.

LT Thrush 6630
Pepper sprayed me
as a act of
retaliation for a
previous incident
which took place
11-25-21 inside
Detour

LT Thrush 6630
thverted to pepper
spray me that day
But 12-1-21 LT Thrush
6630 made good on his
promise to spray me
after the attack
I met with LT Jester
for a review and
he stated
he observed the
white unknown male
get out of his self
for no reason

and walk from across
the other side
of the tour U
Right first
LT Hamlin
LT Jester
then onto mU direction
LT Jester also stated
the white unknown
male was not
wearing a kn95
mask so LT Jester
told him to put a
mask on and the
unknown male said ok
and never did so
Right after this
LT Jester stated
he turned his head
for no reason at all

CLAIMS of Negligence
Qs clear

duty of care
was violated

failure to Protect
violated

excessive force
violated

video footage
and incident reports
supports all claims

John Hutchbee

subscribed and sworn to before me

this 5 day of January, 2022

Heather N Daniels

Notary Public

HEATHER N DANIELS
Official Seal
Notary Public – State of Illinois
My Commission Expires Feb 8, 2022

EXHIBIT A


JOHN HUCKABEE #M15075


12-1-21 between 10;00-11:00 am inside dietary all staff on
scene :
                           lt. Thrush #6636
                           Lt.Jester
                           Lt.Hamlin
I:received my food and was seated at a 4 men table Lt.Jester
was on the left and Lt.Thrush #6636 was to the right.As I
proceeded to eat an apple with my head down,3-5 mins later a
large figure was standing over me,before I knew it I was being
attacked by a white unknown male which seemed like forever.
   Lt.Jester and Lt.Thrush#6636 was no more than 3-4 feet away
from me and did nothing to stop the attack.when these officers
did respond to the attack which took place right in front of
them.Iwas face down on the ground with arms to the side Idid
not resist at all,but Lt.Thrush #6636 still pepper sprayed me
for no reason which is excessive force.
   Lt.Thrush #6636 pepper sprayed me as an act of retaliation
for a previous incident which took place 11-25-21 inside dietary
Lt.thrush#6636 threatened to pepper spray that day but 12-1-21
Lt. Thrush #6636made good on his promiseto spray me
After the attack I met with Lt. Jester for a review and he st-
ated he observed the white unknown male get out of his seat for
no reason and walk from across the other side of dietary right
past Lt.hamlin and Lt.Jester then into my direction Lt. Jester
also stated the white unknown male was not wearing a KN95mask
so Lt.jester told him to put a mask on the unknown male said ok.
and never did so right after this Lt. Jesterstated he turned
his  head for no reason at all
Claims of negligence is clear,duty of care was violated,failure
to protect  violated,excessive force violated
Video footageand incident reports support all claims.




subscribed and sworn to before me          John  Huckabee
thjs_____day of_____,_____
                                    ~



Notary Public

exhibit A

John Huckabee #M15075

11-25-21 Between
10:00am - 11:00am Inside
directory LT Thrush 66236
violated my 1st
amendment and also
subjected me to
cruel and unusual
punishment for no valid
reason

due process violations
segregation was used
to punish me for
complaining and to
keep me from filing
a lawsuit
q also was sent to
segregation for using
freedom of speech.
segregation was used
to get back at me
for something q have
a right to do.

for no reason — used — force was used — excessive

John Huckabee #M15015

L.T Thrush 66360
exposed me to a
unreasonable risk
of serious harm
when 3 or 4 LT's
surrounded me as
I talked to the
A.W.O.P Tracc O Bordner
he also made matters
worst for me.

LT Thrush 66360 and
Tracc O Bordner A.W.O.P
tryed to take food from
me meals can't Be
denied as retaliation
since denying one's
food can Be a deprivation
of a life nece ssety

More evidence As an order

John Huckabee #M1507S

LT Thrush 66366
I verified a injury
that this officer
failed to report
he also denied me
medical care
which was cruel and
unusual.

Violations
from LT Thrush 66366
and staff

dysfunction
due process
cruel and unusual
punishment
unsafe conditions
deliberate indifference
to medical needs

EXHIBIT A

John Huckabee #M15075

11/25/21 between 10:00-11:00am. inside dietaryLt.Thrush
#6636 violated my First Amendment and also subjected me
to cruel and unusual punishment for no valid reason.

Due process violations,segregation was used to punish me
for complaining and to keep me from filing a lawsuit I
also was sent to segregation for using freedom of speech
segregation was used to get back at me for something I
have a right to do.

Lt. Thrush #6636 exposed me to a unreasonable risk of ser-
ious harm when 3 or 4 Lt.s surrounded me as I talked to the
A.W.O.P.Tracey Bordner he alsomade matters worse for me.

Lt. Thrush#6636 and Tracey Bordner,A.W.O.P. tried to take
food from me. meals can't be denied as retaliation since

denying one's food can be a deprivation of a life neccesity.
More evidence is on video.

Lt.Thrush #6636 I received an injury that this officer fa-
iled to report he also denied me medical carewhich was cruel
and unusual

                    violations
        from Lt.Thrush #6636 and staff present

discrimination,due process,cruel and unusual punishment,un-
safe conditions and deliberate indifference to medical needs.

John Herkaber #M15075

11-13-21 at 9:00 PM
3 House during
unknown nurse gave
me the wrong meds

11-14-21 at 9:20 AM
at Healthcare a
different unknown nurse
gave me the wrong
meds.

I made medical personnel
aware of the bad side
effects I experience
with this drug and the
nurses continue to give
me this dangerous drug
these actions show
        medical neglect
disregard for Human safety
        medical malpractice
Lack of professionalism

John Huckober #M1S02S

Giving me the wrong medi-
Doses a serious danger
to my health
Medical Personnel
exposed me to a
unreasonable risk of
serious harm
which violates the
8th amendment.
8th amendment
ensures that I am
provided with medical
care while incarcerate
But for no reason at
all I was denied
Health care and ser.
Back to the 3 house
unit with no help at all.

John Huckabee    #M15075

Illinois River C.C
took no disapplinary
action against staff

1. for exposing me to unversed serious harm —
2. also denial of medical care
3. on Humane treatment —
4. discrimination —
5. Harassment —
6. unreasonable search and seizure —
7. un-safe conditions —
8. criminal Behavior —
9. deceit —
10. false ticket writing —
11. giving me wrong medication.

John Huckabee

Subscribed and sworn to before me
this __17__ day of _November 2021_.
_Heather N Daniels_
Notary Public

HEATHER N DANIELS
Official Seal
Notary Public - State of Illinois
My Commission Expires Feb 9, 2022

John Huckabee #M18075

11-14-21 at 7:56 PM
3 house dorm
unknown nurse gave me
the wrong meds

11-15-21 at 8:18 AM
3 house dorm
unknown nurse gave me
the wrong meds.
also at 7:52 PM

11-16-21 at 8:00 AM
3 house dorm
unknown nurse gave
me the wrong meds
also 9:10 PM 11-17-21 at 9:20 A

after move research
the drugs is called
— Geodon —

John Huckabee    #MISO75

Geodon and Lithium
which are moodstabizers
has caused me
severe issues
          such as
Tremors  —    unsafe conditi
vash  —
kidney condition  —
swelling  —
Sexual dysfunction  —
Heart irregularities  —
Blurred vision  —
elevated Blood sugar  —
irregularities menstrual peri
sedation  —
restlessness  —
Muscle stiffness  —
 I was denied medical
care for these issues
that medical personnel
was aware of.
But still deliberate
indifferent to medical needs

John Huckabee  # M15075

I was Given a
seadon unknown mental mood stabilize
side effects also unknown
at the time this durs
was prescribed to Me
I trusted this M.H.P
with my safety.
11-6-21 to 11-7-21 to 11-8-21
I suffered blurry upsion
and also felt lighthearded
when I was taken to
Healthcare the nurse
offered Me pain meds
for blurry upsion
I was told that's the
only option available
which was cruel and als.
Medical malpractice
Medical personnel was
deliberate indifference
to medical needs

John Huckabee has Been
and will continue to Be
irreparably injured By
the conduct of Medical
Personnel of illinois river c.
and wexford Health Personne
unsafe conditions

i was severely impaired
in Both eyes But Medical
Personnel did nothing to he
i requested hospital
treatment But was denie
this created Mental
deterioration.

no exams

no doctor contacted

dehumanizing abuse

equal protection violation

medical contractor
should Be contacted

medical negligence

i do not feel safe here
Because no one in
illinois river c.c cares
about medical or mental
Health.

staff only care about
a paycheck it's very
clear.

illinois river c.c staff
wexford Health Personnel
violates the 8th comendmen,
When i was exposed
to unreasonable risk
of serious Harm and
deprive me of Basic
Human needs.
i am ensured medical care
while incarcerated

We have no voice here
in Illinois River C.C.
We request Medical
examination But as always
we do not receive
it.

this unknown drug should
not Be acceptable knowing
it's side effect Before
Being Prescribed.
Illinois River C.C. staff
Wexford Health
has reckless disregard
for Human safety and with
They understood the
risk But was completely
indifferent to those risk.

staff took no action
other than documenting
the incident.

I am still suffering
significant impairment
         discrimination
is a big issue here
in Illinois river c.c.

         callous indifference
BY staff is unnecessary

no one should have to
suffer from inadeauate
Medical care

Illinois River C.C Staff
Wexford Health Personnel
only method is to
Pre Scribe Pain Medication

Illinois River C.C is 33%
Liable

Wexford Health Personnel is
67% Liable

Illinois river c.c is
good at concealing
material evidence.

Intimidation and abuse
is normal here Because
all staff is acting
under color of law

Person or Persons responsible
for this drug knew it
would be Harmful to those
who are taking it.

___ Reason ___

this drug altered the
functioning of Both eyes
which give Blurry vision
which can't be replaced or
restored

there are rules written
to Protect us from
inHumane treatment

John Huckabee  # M15075
unsafe conditions

cruel and unusual Punishment
due Process
deprivation
Medical malpractice
Medical neglect
—  violations  ——

Illinois River C.C
Medical Personnel
Is uncooperative
We are so vulnerable

constitutional rules
shall Be enforced

John Huckabee

Subscribed and sworn to before me
this 17 day of November, 2021.

Notary Public

HEATHER N DANIELS
Official Seal
Notary Public – State of Illinois
My Commission Expires Feb 9, 2022



# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/14/21 Original Order | Mirtazapine 45mg Take 1 Tablet by mouth at bedtime | 9PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/14/21 Discontinue | exp 9/30 + B | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Initial Signature / Initial Signature / Initial Signature / Initial Signature / Initial Signature

| Resident Name and Number | Date of Birth or Sft. Sec. No. | Allergies | Facility | Charting for 12/1/2021 | Through 12/31/2021 | Diagnosis |
|---|---|---|---|---|---|---|
| HUCKABEE John M 3D30 | 6-7-1982 | Unknown | | | | |

Form # 61/82LMR (Rev. 08/13)    Reorder From: MED-PASS 800-438-8884    INV-011446

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-625-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS |
|---|---|
| Original Order 07/04/2021 | MIRTAZAPINE 45MG TAB  STAMBAUGH, LAYNE<br>SUB FOR: REMERON<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME |
| Discontinue 37/4/2022 | |
| Rx # 5681973 | |
| Original Order 11/30/2021 | ZIPRASIDONE 40MG CAP  STAMBAUGH, LAYNE<br>SUB FOR: GEODON<br>TAKE 1 CAPSULE(S) BY MOUTH TWICE A DAY |
| Discontinue 3/4/2022 | |
| Rx # 5681250? | |

HUCKABEE, JOHN  M15075

Date of Birth or Soc. Sec. No.: 06/07/1992

Allergies: NO KNOWN DRUG ALLERGY

Facility: ILLINOIS RIVER CORR CTR

Charting for: 12/01/2021  Through: 12/31/2021

Form # GIEZLAR  (Rev. 06/13)



*exhibit B*

## MEMORANDUM

**Date:**     January 6, 2022

**To:**        **Huckabee, John M10575, 3D-30**

**From:**     Lisa Bishop, Medical Records Director, RHIA

Subject:    Medical Record Copies

---

Attached are your requested medical records. Your December MAR is not part of your file yet but once it is the copy will be mailed to you.

LB

CC:    File

This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender. Thank you.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization my not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize _____ Illinois River Correctional _____ to release
1300 W. Locust St, Box 999 **Facility**
Canton, IL 61520
(X) Health Care Unit _John Huckabee_

State specific medical health information to be disclosed including date(s) or date range

_Medication charts oct, nov, Dec_ _____

☒ At Request of Offender and/or: _____
_____ Purpose of disclosure

from the records of (X) _M50ZS_ (X) _John Huckabee_ _____
**ID#** **Print Offender's Name**

to: ☒ Self   ☐ Authorized Attorney   ☐ Health Care Facility   ☐ Other: _____

Name: _____
**Print Name**

Address: _____
**Street Address**
_____
**City** **State** **Zip Code**

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☒ 45 days from date of signature

☐ Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

_____

**Signature:**

(X) _John Huckabee_ _self_ (X) _12-20-21_
**Signature of Offender or Person Authorized to Consent** **Relationship** **Date**

File the signed authorization in the Offender's Medical File
Give Offender a copy if DOC made the request for release.

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS |
|---|---|
| Original Order 4/1/2021 | MINERIN (454GM) CRE   OSMUNDSON, KURT SUB FOR EUCERIN CREAM APPLY TO AFFECTED AREA(S) EVERY DAY #1 JAR/MONTH |
| Discontinue 10/7/2021 | Rx # 5652615 |
| Original Order 9/16/2021 | MIRTAZAPINE 45MG TAB   STAMBAUGH, LAYNE SUB FOR: REMERON TAKE 1 TABLET(S) BY MOUTH AT BEDTIME |
| Discontinue 3/14/2022 | Rx # 55819073 |
| Original Order 9/16/2021 | SERTRALINE 100MG TAB   STAMBAUGH, LAYNE SUB FOR: ZOLOFT TAKE 1 & 1/2 TABLET(S) BY MOUTH AT BEDTIME |
| Discontinue 3/14/2022 | Rx # 55819072 |

ILLINOIS RIVER CORR CTR

Allergies: NO KNOWN DRUG ALLERGY

Inmate Name and Number: HUCKABEE, JOHN M15075

Date of Birth or Soc. Sec. No.: 06/07/1992

Charting for: 10/01/2021   Through: 10/31/2021

Reorder From: MED-PASS® 800-438-8884

Form # 5192LMR (Rev. 06/13)

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATES

Original Order: Tyl 325mg
10/27/21  1-2 tabs PO TID
Discontinue        X 30d

Rx #

Original Order

Discontinue

Rx #

Original Order

Discontinue

Rx #

Original Order

Discontinue

Rx #

Original Order

Discontinue

Rx #

Original Order

Discontinue

Rx #

Initial / Signature

Location: 3D30
Inmate Name and Number: McKabee John M15075
Date of Birth or Soc. Sec. No.
Allergies
Facility: ICC

Form # 0152LMR  (Rev. 08/13)

Reorder From: MED-PASS  800-438-8884

Diagnosis

Charting for ___ Through ___

UR-I-DT-016



MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR |
|---|---|
| **Original Order** LITHIUM CARB 300MG CAP  SUB FOR: ESKALITH  STAMBAUGH, LAYNE  TAKE 1 CAPSULE(S) BY MOUTH TWICE A DAY  10/15/2021  Discontinue 4/12/2022  Rx # 58872095 | AM |
| **Original Order** MIRTAZAPINE 45MG TAB  SUB FOR: REMERON  STAMBAUGH, LAYNE  TAKE 1 TABLET(S) BY MOUTH AT BEDTIME  9/16/2021  Discontinue 3/14/2022  Rx # 58319023 | |
| **Original Order** Geodon 40mg  PO BID X 12 months  11/4/21  Discontinue 5/4/21  Rx# | AM / PM |

Location: ILLINOIS RIVER CORR CTR

Allergies: NO KNOWN DRUG ALLERGY

Inmate Name and Number: HUCKABEE, JOHN  M15075

Date of Birth or Soc. Sec. No.: 06/07/1992

Charting for 11/01/2021   Through 11/30/2021

Reorder From: MED-PASS® 800-438-8884

Form # 6182K4MR   (Rev. 06F'19)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Disciplinary Report

**Type of Report:**
☑ Disciplinary ☐ Investigative Facility: IRCC Date: 11/25/2021

Name of Individual in Custody: Huckabee, John   ID #: M15075   SMI: ☐ yes ☑ no   Race: Black

Observation Date: 11/25/2021   Approximate Time: 10:30   ☑ a.m. ☐ p.m.   Location: Dietary

**Offense(s):** DR 504: 206-Intimidation or Threats 215-Disobeying A Direct Order Essential to Safety and Security
304-Insolence 310-Abuse of Privileges 313-Disobeying A Direct Order

**Observation:** (NOTE: Each offense identified above must be substantiated.)
On the above date and approximate time this Lt. Thrush 6636 was seating R3 D Wing lower deck in the
Dietary when Individual in Custody Huckabee, John M15075 attempted to sit at a different table. I gave
him several direct orders to sit at the table I assigned him but he refused all direct orders. Individual
Huckabee stated he wanted to social distance at a table by himself and was refusing to sit 4 per table. I
then noticed he was not wearing his mask properly and I gave a fourth order to sit where I assigned and
wear his mask properly but he refused. I then gave Individual Huckabee a direct order to leave the Dietary
as he was not complying with the rules but he refused and walked to speak with Warden Bordner as he
was already standing in the Dietary. Warden Bordner again explained the rules and if Individual
Huckabee didn't comply he could return to his R3 Housing assignment. Individual Huckabee then began
telling Warden Bordner that we were infringing upon his 8th Amendment

**Witness(es):**

☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| | | | | |
|---|---|---|---|---|
| W. Thrush | 6636 | [Signature] | 11/25/21 | 1230 ☐ a.m. ☑ p.m. |
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

## Disciplinary Action:

**Shift Review:** ☑ Temporary Confinement   ☐ Investigative Status   Reasons: NATURE OF OFFENSE

MTSgt [signature] 728   [signature] 728   11/25/21
Printed Name and Badge #   Shift Supervisor's Signature   Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: Continue Placement

☑ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

M. English 831   [signature]   11/25/21
Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature   Date

☑ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

[illegible] 728   X [signature]   [date]
Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign   X John Huckabee   [date]
Individual in Custody's Signature

Sgt Pisano   4423   205 ☐ a.m. ☑ p.m.   Sgt Pisano
Serving Employee (Print Name)   Badge #   [Signature]
11/26/21   Date Served   Time Served

☑ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

John Huckabee   M15075
Individual in Custody's Signature   ID#

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

_____   _____   _____
Date of Disciplinary Report   Print Individual in custody's name   ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: _____

Page 1 of 2
Printed on Recycled Paper

Distribution: Master File
Individual in Custody

DOC 0317 (Rev. 7/2021)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Disciplinary Report Continuation Page**

**IRCC**

Facility

☑ Disciplinary Report  ☐ Investigative Report  ☐ Disciplinary Summary  ☐ Adjustment Committee Summary

Report/Incident Date: 11/25/2021 _____  Incident # (if applicable): _____

| Individual in Custody Information: | |
| --- | --- |
| Name: Huckabee, John | ID #: M15075 |

Use the space below to provide any additional information.

Rights and that we could not deny him food. It was explained that we were not denying him food and infact we offered him several opportunities to eat but he refused. As Individual Huckabee was exiting the Dietary he once again stopped me and asked for my name and badge number, which I gave him several times. I then asked Individual Huckabee for his State ID so I could document the incident and he stated, "I am going to sue the shit out of you and take every dime you have. If you mess with me you are gonna see what I can do to you" After Individual Huckabee made this statement I felt he was making a direct threat towards me and I gave him a direct order to turn around and allow me to place handcuffs on him behind his back. Individual Huckabee turned away from me and would not allow me to initially place handcuffs on him. I then gave Individual Huckabee another direct order to turn around so I could place handcuffs on him or I would be forced to pepper spray him for my safety. Individual Huckabee finally complied with my direct orders and I placed handcuffs on him behind his back. Lt. Rilea then arrived and escorted Individual Huckabee to Restrictive Housing. EOR

Page 2 of 2



OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

February 25, 2022

Mr. John Huckabee, M15075
Illinois River Correctional Center
P.O. Box 999
Canton, Illinois 61520

RE: FOIA Request for Review – 2022 PAC 69304

Dear Mr. Huckabee:

On January 7, 2022, you attempted to submit a Request for Review to the Public Access Bureau under section 9.5(a) of the Freedom of Information Act (FOIA) (5 ILCS 140/9.5(a) (West 2020)). Your submission was incomplete in that you did not submit a signed Request for Review. Section 9.5(a) of FOIA requires a Request for Review be filed with the Public Access Counselor "[n]ot later than 60 days after the date of the final denial[ ]" of the FOIA request by the public body. More than 60 days have elapsed since your FOIA request was denied, and this office has not received all the information that FOIA requires you to submit for a Request for Review. Therefore, section 9.5(a) precludes us from reviewing this denial. This file has been closed.

If you have any questions, please contact the Public Access Bureau at the Springfield address at the bottom of this letter.

Very truly yours,

*Laura S. Harter*

LAURA S. HARTER
Deputy Bureau Chief
Public Access Bureau

69304 f inc sa

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 07/07/21 13:34:39:863 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Other |
| **MSR Date** | 03/14/2025 | **Location** | IRN ASSISTANT WARDEN OF OPERATIO |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | MARTIN, HOLLY N., Executive Secretary I |

AWO Bordner reviewed request as to disputed recent disciplinary action; copy of the disciplinary card also reviewed; 6/28/21 304 verbal; 6/27/21 307 310 313 1 month B grade; 6/17/21 307 310 1 month B grade 7 days Dayroom restriction; 5/31/21 308 verbal; 3/15/21 313 404 1 month B grade; 1/27/21 203 308; individual in custody may follow policies and procedures and file a grievance to dispute disciplinary action; copy of this summary sent to individual in custody

**RECEIVED**

AUG 1 6 2021

ADMINISTRATIVE
REVIEW BOARD

**Print Date** 7/7/2021

## State of Illinois - Department of Corrections
### Counseling Summary  exhibt L

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/08/21 07:39:20:667 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Grievance #21-3310 deemed as emergent by the CAO on 12/7/21. Forward to IA for response.

exhaustion of legal
remedies ====

John Huckabee
used the Grievance
Procedure applicable
at Illinois River C.C
to try and solve the Problem
Grievance filed 12-3-21
12-7-21

John Huckabee presented
the facts relating to this
~~complaint~~ complaint.

Illinois River C.C
recbless disregard
for the truth and John
Huckabee's rights

1-10-22

3-2-30

John Huckabee #W1807S

I would like to know
the status of
these Grievences
#21-3310
#21-3199
#21-3159

exhibit C

# State of Illinois – Department of
## Corrections Disciplinary Tracking Inmate
## Disciplinary Card

Name: **HUCKABEE, JOHN**                                                     IDOC # :**M15075**

Transferred In: **2022-02-16**          Disciplinary History from 1/1/1998 through 2/28/2022          Living Unit: WIL/01/C /31

| Incident Date Incident/Summ#/Inst. Ticket Type | Offense Codes, Descriptions | | Disciplinary Action |
|---|---|---|---|
| 10/1/2020 202001805/1-IRI Major | 214 Fighting Comments: 3closed fist punches@Scarver M43919 | Guilty | 1 Months C Grade/Level 15 Days  Segregation 15 Days Day Room Restriction |
| 1/27/2021 202100226/1-IRI Major | 203 Drugs & Drug Paraphernalia Comments: 5 white and 1 blue/white pills | Guilty | 2 Months B Grade/Level 6 Months Contact Visits Restriction |
| | 308 Contraband/Unauthorized Property Comments: tablet with another i/m's number | Guilty | |
| 3/15/2021 202100727/1-IRI Minor | 313 Disobeying a Direct Order Comments: refused 3 DOs to accept cell 3A31 | Guilty | 1 Months B Grade/Level |
| | 404 Violation Of Rules Comments: rule #55 accept cell assignment | Guilty | |
| 3/26/2021 202100877/1-IRI Major | 211 Pos. or Sol. of U/A Personal Information Comments: used Peal M25434 pin # | Guilty | 1 Months B Grade/Level |
| | 310 Abuse Of Privileges Comments: phone privileges | Guilty | |
| 5/31/2021 202101625/1-IRI Minor | 308 Contraband/Unauthorized Property Comments: Altered I.D. card | Guilty | Verbal Reprimand |
| 6/17/2021 202101788/1-IRI Minor | 307 Unauthorized Movement Comments: in dayroom NOT his DR time | Guilty | 1 Months B Grade/Level Other : 7 days dayroom restriction |
| | 310 Abuse Of Privileges Comments: dayroom privileges | Guilty | |
| 6/27/2021 202101882/1-IRI Minor | 307 Unauthorized Movement Comments: in dayroom after his DR closed & secured | Guilty | 1 Months B Grade/Level |
| | 310 Abuse Of Privileges Comments: dayroom privileges | Guilty | |
| | 313 Disobeying a Direct Order Comments: refused DOs to lock up | Guilty | |
| 6/28/2021 202101887/1-IRI Minor | 304 Insolence Comments: "straight bullshit" | Guilty | Verbal Reprimand |
| 9/11/2021 202102576/1-IRI Minor | 307 Unauthorized Movement Comments: in dayroom after his DR closed & secured | Guilty | 45 Days B Grade/Level |
| | 310 Abuse Of Privileges Comments: dayroom privileges | Guilty | |

*Exhibit C*

**Run Date: 2/28/2022 09:27:24**                    **Page 1 of 2**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/02/21 11:07:05:903 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Grievance #21-3159 deemed as emergent by the CAO on 11/30/21. Forward to IA for response.

exhibit C

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/06/21 07:20:23:827 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Grievance #21-3199 deemed as emergent by the CAO on 12/3/21. Forward to IA for response.

_exhibit C_

**Print Date  12/6/2021**

```
OERRM152                    ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE: 1
AS OF DATE: 1/7/2022                    OFFENDER 360                RUN DATE: 1/7/2022

                          VERIFICATION OF INCARCERATION              RUN TIME: 3:01:04 PM

NAME : JOHN  HUCKABEE                        IDOC # : M15075
DATE OF BIRTH: 6/7/1992                      LIVING UNIT : IRI:IRI:C3:D:30:U1

  HOLDING MITT CUSTODY DATE               5/28/2018

  DATE ENTERED DEPARTMENT OF CORRECTION   11/15/2019 10:34 AM

  DATE RECEIVED AT:ILLINOIS RIVER         12/4/2019

  PROJECTED DATE OF RELEASE FROM CUSTODY  3/14/2025

  ACTUAL DATE OF RELEASE FROM CUSTODY

  TYPE OF RELEASE                         P
```

****************************************************************************************************

| INDICTMENT # | OFFENSE | YEAR | MONTH | DAY |
|---|---|---|---|---|
| *10C55030501 | RESIDENTIAL BURGLARY - 11200005011 | 4 | 0 | 0 |
| *10C55030401 | ATTEMPT BURGLARY - 11100005003 | 4 | 0 | C |
| 2018CR1153101 | AGG DISCHARGE FIREARM/OCC VEH - 12148505127 | 8 | 0 | 0 |

****************************************************************************************************

| ALIAS/NICKNAMES | TYPE | EFFECTIVE DATE |
|---|---|---|
| M15075 HUCKABEE, JOHN J | Prior Commit Name | 11/15/2019 |
| JOHN J HUCKABEE | Commit Name | |
| JB | Nickname | |

****************************************************************************************************

NOTE: "*" DISCHARGED MITTS

1/7/22
_____
(DATE)

_____
RECORDS OFFICE SUPERVISOR

ILLINOIS RIVER                    CORR. CENTER


exhibit L

CC : MASTERFILE



JB Pritzker
Governor

Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

December 21, 2021

John Huckabee, M15075
Illinois River Correctional Center
P.O. Box 999
Canton, IL 61520

**Re:    Freedom of Information Request #211221229**

This letter is in response to your request to the Illinois Department of Corrections ("IDOC") pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq.

You have requested the full names of Lt. Thrush 6636, Lt. Jester and Lt. Hamlin.

Response:     You have not submitted a request for records. A reasonable description requires the requested records to be reasonably identified as a record, not as a general request for data, information, and statistics *(Krohn v. Department of Justice, 628 F.2d 195 (D.D.Cir. 1980)*.

Sincerely,
Maggie Meikle
Freedom of Information Officer

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



*exhibit d*

December 27, 2021

Mr. John Huckabee #M15075
Illinois River Correctional Center
P.O. Box 999
Canton, Illinois 61520

Subject:       Your Recent FOIA Request and Letter

Dear Huckabee:

We are in receipt of your recent FOIA request dated 12/6/2021.

Wexford Health Sources, Inc. is a private entity and is therefore not subject to the Freedom
of Information Act.

Please be assured that the medical staff at Illinois River is comprised of qualified and
dedicated professionals who are there to assist your medical needs.

Very truly yours,

**Wexford Health Sources, Inc.**
**Risk Management Department**

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** HUCKABEE, JOHN | **IDOC Number:** M15075 | **Race:** BLK |
| **Hearing Date/Time:** 11/30/2021  07:20 PM | **Living Unit:** IRI-03-D-30 | **Orientation Status:** N/A |
| **Incident Number:** 202103491/1 - IRI | **Status:** Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 11/25/2021 | 202103491/1-IRI | THRUSH, SHAWN M | DIETARY | 10:30 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation Or Threats<br>*Comments:"I am going to sue the shit out of you &* | Guilty |
| 215 | Disobeying a Direct Order Essential to Safety and<br>*Comments:refused several DO's to sit where told&* | Guilty |
| 304 | Insolence<br>*Comments:sat at table by himself* | Guilty |
| 310 | Abuse Of Privileges<br>*Comments:dietary* | Guilty |
| 313 | Disobeying a Direct Order<br>*Comments:refused multiple different DO's* | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Individual in Custody identified by state issued ID card was present at hearing with no witnesses requested, and charges read to him. Individual in Custody pleads not guilty to all charges. Individual in Custody provided a written statement and read his statement to adjustment.

## BASIS FOR DECISION
Individual in Custody identified by state issued ID card.  Huckabee stated and admitted to sitting at a different table than what he was supposed to.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| **Basis for Discipline:Progressive decispline** | |

## Signatures
### Hearing Committee

| | | | | |
|---|---|---|---|---|
| SKAGGS, JAMIE A  - Chair Person | *signature* | 11/30/21 | WHI |
| | **Signature** | **Date** | **Race** |
| VALENTIN, JOSE R | *signature* | 11/30/21 | HSP |
| | **Signature** | **Date** | **Race** |

Recommended Action Approved

## Final Comments: N/A



JB Pritzker
Governor

Rob Jeffreys
Acting Director

exhibit d

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

December 9, 2021

John Huckabee, M15075
Illinois River Correctional Center
P.O. Box 999
Canton, IL 61520

**Re:    Freedom of Information Request #211202033**

This letter is in response to your request to the Illinois Department of Corrections ("IDOC") pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1, et seq.

You have requested the following:

1.  The medical contract for Wexford Health Services, Inc. and Illinois River Correctional Center.

<u>Response:</u>    Your request is denied pursuant to Section 7(1)(e-5) of the Freedom of Information Act, which exempts the release of "Records requested by persons committed to the Department of Corrections if those materials are available in the library of the correctional facility where the inmate is confined."  The requested records are maintained in your facility's library.

2.  Also, rules and regulations services provided.

<u>Response:</u>    Your request is vague.  A reasonable description requires the requested record to be reasonably identified. *Kenyon v. Garrels*, 184 Ill. App. 3d 28, 32-33 (Ill. App. 1989); *Yeager v. DEA*, 678 F. 2d 315, 326 (D.C. Cir. 1982) ("The linchpin inquiry is whether the agency is able to determine precisely what records [are] being requested.").  It is unclear what records you are seeking.

You have a right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General.  5 ILCS 140/9.5(a).  You can file your request for review with the PAC to:

Public Access Counselor
Office of the Attorney General
500 South 2nd Street
Springfield, Illinois 62706

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Authorization for Payment

Posting Document # _____

Date 2-10-22

Individual in Custody Name John Huckabee ID# M18075 Housing Unit 3-d-30

Pay to: Commissstucation Kenpew Bocw

Address P.O. Box 19277

City, State, Zip Springfield. Illinois. 62794

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of Postage

[X] I hereby authorize payment of postage for the attached mail. [X] I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature John Huckabee ID# M18075

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of One dollars and 30 cents.

2/14/22

Distribution: Business Office, Individual in Custody, Mail Room          DOC 0296 (Rev. 8/2021)

xtcuston of commestucation Vemenees

---

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Authorization for Payment

Posting Document # _____

Date 1-17-22

Individual in Custody Name John Huckabee ID# M18075 Housing Unit 3-d-30

Pay to: Commissstucation Kenpew Bocw

Address P.O. Box 19277

City, State, Zip Springfield. Illinois. 62794

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of Postage

[X] I hereby authorize payment of postage for the attached mail. [X] I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature John Huckabee ID# M18075

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of 0 dollars and 56 cents.

4/18/22

Distribution: Business Office, Individual in Custody, Mail Room          DOC 0296 (Rev. 8/2021)

xteniction of commestucation Vemenees

*[handwritten annotation across top: PLAINTIFF — DOC MCPI — exhaustion of administrative remedies — EXHIBIT F]*

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Authorization for Payment

Posting Document # _____ Date 2-10-22

Individual in Custody Name John Huckabee  ID# M50725  Housing Unit 3-2-30

Pay to administrative review Board

Address P.O. Box 19277

City, State, Zip Springfield, Illinois 62794

The sum of _____ / dollars and _____ cents charged to my trust fund account, for the purpose of postage

☑ I hereby authorize payment of postage for the attached mail.  ☑ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature John Huckabee  ID# M50725

Witness Signature _____

41310

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of One dollars and 70 cents.

Distribution: Business Office, Individual in Custody, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Rev. 8/2021)

---

*[handwritten annotation: Plaintiff DOC MCPI — exhibit E]*

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Authorization for Payment

Posting Document # _____ Date 12-4-21

Individual in Custody Name John Huckabee  ID# M50725  Housing Unit 3-2-30

Pay to administrative review Board

Address P.O. Box 19277

City, State, Zip Springfield, Illinois 62794

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of postage

☑ I hereby authorize payment of postage for the attached mail.  ☑ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature John Huckabee  ID# M50725

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of 0 dollars and 53 cents.

Distribution: Business Office, Individual in Custody, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Rev. 8/2021)

Privlege 21 MRG

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Authorization for Payment

Posting Document # _____ Date 12-2-21

Individual in Custody Name John Huckbee ID# MIS0ZS Housing Unit 3-d-30

Pay to Administration Review Broad

Address PO BOX 11277

City, State, Zip Springfield, Illinois C. L2717

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of Postage

☑ I hereby authorize payment of postage for the attached mail. ☑ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature John Huckbee ID# MIS0ZS

Witness Signature _____

☐ Approved ☐ Not Approved Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and 53 cents.

Distribution: Business Office, Individual in Custody, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Rev. 6/2021)

Exhibit E

---

Privileged MRG1

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Authorization for Payment

Posting Document # _____ Date 1-16-22 3030

Individual in Custody Name John Huckbee ID# MIS0ZS Housing Unit 3-d-30

Pay to Administration Review Broad

Address PO BOX 11277

City, State, Zip Springfield, Illinois C. 62794

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of Postage

☑ I hereby authorize payment of postage for the attached mail. ☑ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature John Huckbee ID# MIS0ZS

Witness Signature _____

☐ Approved ☐ Not Approved Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and 73 cents.

Distribution: Business Office, Individual in Custody, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Rev. 6/2021)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Payment

Posting Document # _____  Date _12-15-21_

Individual in Custody Name _John Hartbee_  ID# _M15075_  Housing Unit _3-d-20_

Pay to _Grand Structure ver Grew Brick_

Address _P.O. BOX 19277_

City, State, Zip _Springfield. Illinois. 62794_

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of _postage_

☒ I hereby authorize payment of postage for the attached mail.  ☒ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature _John Hartbee_  ID# _M15075_

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _73_ cents.

Distribution: Business Office, Individual in Custody, Mail Room      *Printed on Recycled Paper*      DOC 0296 (Rev. 8/2021)

---

_Privileged mail_

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Payment

Posting Document # _____  Date _12-16-21_

Individual in Custody Name _John Hartbee_  ID# _M15075_  Housing Unit _3-d-20_

Pay to _Grand Structure ver Grew Brick_

Address _P.O. BOX 19277_

City, State, Zip _Springfield. Illinois. 62794_

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of _postage_

☒ I hereby authorize payment of postage for the attached mail.  ☒ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature _John Hartbee_  ID# _M15075_

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _0_ dollars and _53_ cents.

Distribution: Business Office, Individual in Custody, Mail Room      *Printed on Recycled Paper*      DOC 0296 (Rev. 8/2021)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Authorization for Payment

Posting Document # _____  Date _12-1-21_

Individual in Custody Name _John HuckaBee_  ID# _M15075_ Housing Unit _3-d-20_

Pay to _P.O. Box of GUARDS_

Address _180 N. DEARBORN AVE #2300_

City, State, Zip _CHicaco, GUARDS, LA101_

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _POSTAGE_

☑ I hereby authorize payment of postage for the attached mail.  ☑ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature _John HuckaBee_  ID# _M15075_

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _53_ cents.

Distribution:  Business Office, Individual in Custody, Mail Room    *Printed on Recycled Paper*    DOC 0296 (Rev. 8/2021)

---

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Authorization for Payment

Posting Document # _____  Date _11-17-21_

Individual in Custody Name _John HuckaBee_  ID# _M15075_ Housing Unit _3-d-20_

Pay to _42 S. Hakeley q Avenue  Wexford Health_

Address _Foster PLAZA FUR_

City, State, Zip _PittsBurgh, PA 15220_

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _POSTAGE_

☑ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature _John HuckaBee_  ID# _M15075_

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _73_ cents.

Distribution:  Business Office, Individual in Custody, Mail Room    *Printed on Recycled Paper*    DOC 0296 (Rev. 8/2021)

Privileged mail

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Authorization for Payment

Posting Document # _____ Date __11-3-21__

Individual in
Custody Name __Dhn Huckabee__ ID# __M15075__ Housing Unit __3-d-30__

Pay to __ACA accreditation__

Address __206 north Washington Street, Suite 200__

City, State, Zip. __Alexandria, VA. 22314__

The sum of _____ dollars and _____ cents charged to my trust fund
account, for the purpose of __H Stroe__

☒ I hereby authorize payment of postage for the attached mail.   ☒ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Individual in Custody Signature __Jhn Huckabee__ ID# __M15075__

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of ___∅___ dollars and ___53___ cents.   11/4/21 CP

Distribution: Business Office, Individual in Custody, Mail Room
*Printed on Recycled Paper*      DOC 0296 (Rev. 8/2021)

---

Legal

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Authorization for Payment

Posting Document # _____ Date __11-3-21__

Individual in
Custody Name __Jhn Huckabee__ ID# __M15075__ Housing Unit __3-d-30__

Pay to __administrative review Board__

Address __P.O. Box 19277__

City, State, Zip __Springfield. Illinois. 62794__

The sum of _____ dollars and _____ cents charged to my trust fund
account, for the purpose of __H Stroe__

☒ I hereby authorize payment of postage for the attached mail.   ☒ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Individual in Custody Signature __Jhn Huckabee__ ID# __M15075__

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of ___∅___ dollars and ___53___ cents.   11/4/21 CP

Distribution: Business Office, Individual in Custody, Mail Room
*Printed on Recycled Paper*      DOC 0296 (Rev. 8/2021)

*Privileged*
*MAIL*
*Legal*

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Authorization for Payment**

Posting Document # _____ Date _11-15-21_

Individual in Custody Name _John Huckabee_ ID# _M15075_ Housing Unit _3-d-3_

Pay to _administrative review board_

Address _1301 concordia court. PO BOX 19277_

City, State, Zip _Springfield. Illinois. 62794_

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of _Postage_

☒ I hereby authorize payment of postage for the attached mail. ☒ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature _John Huckabee_ ID# _M15075_

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _53_ cents.

Distribution:  Business Office, Individual in Custody, Mail Room      *Printed on Recycled Paper*      DOC 0296 (Rev. 8/2021)

---

*Privileged MAIL*

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Authorization for Payment**

Posting Document # _____ Date _11-11-21_

Individual in Custody Name _John Huckabee_ ID# _M15075_ Housing Unit _3-d-3_

Pay to _administrative review board_

Address _PO BOX 19277_

City, State, Zip _Springfield. Illinois. 62794_

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of _Postage_

☒ I hereby authorize payment of postage for the attached mail. ☒ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature _John Huckabee_ ID# _M15075_

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _0_ dollars and _53_ cents.

Distribution:  Business Office, Individual in Custody, Mail Room      *Printed on Recycled Paper*      DOC 0296 (Rev. 8/2021)

*Registered*
*mail.* _____

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____   Date 10-28-21

Offender Name John Huntkee   ID# M15075   Housing Unit 3-d-30

Pay to John Howard Association

Address P.O. Box 10742

City, State, Zip Chicago, Illinois 60611

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of Mail Postage

☑ I hereby authorize payment of postage for the attached mail.   ☑ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature John Huntkee   ID# M15075

Witness Signature _____

☐ Approved ☑ Not Approved   Chief Administrative Officer Signature _____   407049

Postage applied in the amount of 0 dollars and 53 cents.   10/29/21

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0298 (Eff. 1/2006)
(Replaces DC 828)

---

*Registered*
*mail.* _____
*legal*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____   Date 10-30-21

Offender Name John Huntkee   ID# M15075   Housing Unit 3-d-30

Pay to Administrative review board

Address P.O. Box 19277

City, State, Zip Springfield, Illinois 62794

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of Mail Postage

☑ I hereby authorize payment of postage for the attached mail.   ☑ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature John Huntkee   ID# M15075

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____   407120

Postage applied in the amount of ____ dollars and 53 cents.   11/01/21

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0298 (Eff. 1/2006)
(Replaces DC 828)

D30

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____ Date 10-27-21

Offender Name John Huntabee ID# 1115075 Housing Unit 3-d-30

Pay to Administrative review Board

Address P.O. BOX 19277

City, State, Zip Springfield, Illinois 62794

The sum of _____ dollars and _____ cents charged to my trust fund
account, for the purpose of MGT Postage

☑ I hereby authorize payment of postage for the attached mail. ☑ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature John Huntabee ID# 1115075

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

40885

Postage applied in the amount of _____ dollars and 73 cents.  10/28/21

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Printed on Recycled Paper

---

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____ Date 10-27-21

Offender Name John Huntabee ID# 1115075 Housing Unit 3-d-30

Pay to Vice President Barden

Address White House 1600 Pennsylvania Cide

City, State, Zip N.W. 20500

The sum of _____ dollars and _____ cents charged to my trust fund
account, for the purpose of MGT Postage

☑ I hereby authorize payment of postage for the attached mail. ☑ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature John Huntabee ID# 1115075

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

40074

Postage applied in the amount of _____ dollars and 73 cents.  10/28/21

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Printed on Recycled Paper

WhiteLace
DM097

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

10-27-21

Posting Document # _____ Date _____

Offender Name _John Huckabee_ ID# _M15075_ Housing Unit _3-2-30_

Pay to _ACA Oceve dt tation_

Address _2016 north Washington Street. Suite 200_

City, State, Zip _Alexandria. UH. 22314_

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _M097 Instoee_

☑ I hereby authorize payment of postage for the attached mail. ☑ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature _John Huckabee_ ID# _M15075_

Witness Signature _____

406.75

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _53_ cents.

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff: 1/2006 )
(Replaces DC 828)

3rd notice sent to Internal affairs

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Request

Offender Name: _John Huckabee_ ID #: _M15075_ Living Unit _3-2-30_

Job Assignment: _____ Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: _Internal affairs_

I request ☐ interview ☐ cell assignment ☑ visit ☐ Trust/Fund ☐ purchase ☑ other (specify) _Please_
for the purpose of (explain): _Vepien all improvment_
_documents attached. Please provide_
_written statement of solution — requested_

_John Huckabee_ _10-27-21_
Offender's Signature                    Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____ Remarks by supervisor (if necessary) _____

_____ Print Staff Name                    _____ Print Supervisor Name

_____ Staff Signature    _____ Date    _____ Supervisor Signature    _____ Date

Distribution:   Affected Unit

*Printed on Recycled Paper*

DOC 0286 (Rev. 4/2010)

## Authorization for Payment

Posting Document # _____ Date _11-23-21_

Individual in Custody Name _Jhn Huckbee_ ID# _M15075_ Housing Unit _3-d-30_

Pay to _Administrative Verbein Brvd_

Address _PO BOX 19277_

City, State, Zip _Springfield. Illinois c. 62794_

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Postage_ _____

☑ I hereby authorize payment of postage for the attached mail.  ☑ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Individual in Custody Signature _Jhn Huckbee_ ID# _M15075_

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _73_ cents.

Distribution:  Business Office, Individual in Custody, Mail Room  *Printed on Recycled Paper*  DOC 0296 (Rev. 8/2021)

---

## Authorization for Payment

ILLINOIS DEPARTMENT OF CORRECTIONS

Posting Document # _____ Date _11-17-21_

Individual in Custody Name _Jhn Huckbee_ ID# _M15075_ Housing Unit _3-d-30_

Pay to _Administrative Verbein Brvd_

Address _1301 Concorded City B PO BOX 19277_

City, State, Zip _Springfield. Illinois, 62794_

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Postage_

☑ I hereby authorize payment of postage for the attached mail.  ☑ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Individual in Custody Signature _Jhn Huckbee_ ID# _M15075_

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _93_ cents.

Distribution:  Business Office, Individual in Custody, Mail Room  *Printed on Recycled Paper*  DOC 0296 (Rev. 8/2021)

Misplaced Mc9

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Authorization for Payment

Posting Document # _____  Date _11-24-21_

Individual in Custody Name _John Hurthbee_  ID# _M15075_  Housing Unit _3-d-3_

Pay to _Administration Veteran Brown_

Address _P.O. BOX 19277_

City, State, Zip _Springfield, Illinois. 112794_

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Postage_

☑ I hereby authorize payment of postage for the attached mail.  ☑ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature _John Hurthbee_  ID# _M15075_

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and __53__ cents.

Distribution: Business Office, Individual in Custody, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Rev. 8/2021)

---

Misplaced Mc9

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

3D30

Posting Document # _____  Date _11-30-21_

Offender Name _John Hurthbee_  ID# _M15075_  Housing Unit _5-B-2 2_

Pay to _Administration Veteran Brown_

Address _PO BOX 19277_

City, State, Zip _Springfield. Illinois 112794_

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Postage_

☑ I hereby authorize payment of postage for the attached mail.  ☑ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _John Hurthbee_  ID# _M15075_

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and __53__ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)



US POSTAGE ~ mail.cnaps
$008.70
ZIP 62353 $008.70
02 4M
0000385740 MAR. 17 2022

PAR
8.70

John Hutabe #M1045
western illinois C.C.
2,500 Rout — 99 S
Mt sterling illinois. 62353

united states
central district of ILLINOIS
office of the clerk
room 309
federal Building
100 N.E. monroe
Peoria. illinois. 61602

This Correspondence is
from an Individual in Custody in the
Illinois Department of Corrections



HRRM

**Wexford Health**
S O U R C E S   I N C O R P O R A T E D

501 HOLIDAY DRIVE
SUITE 300
PITTSBURGH, PA 15220

NEOPOST          FIRST-CLASS MAIL
12/27/2021
US POSTAGE $000.53⁰



ZIP 15220
041M11293774

Mr. John Huckabee #M15075
Illinois River Correctional Center
P.O. Box 999
Canton, IL 61520

3030

61520$0999 B050

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 11/02/21 10:03:45:077 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-2819 regarding medical treatment.  Forward to CC Nebergall

*exhaustion of administration hama P.* (handwritten)

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 11/01/21 11:41:01:707 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-2796 regarding medical treatment.  Forward to CC Nebergall

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 11/01/21 11:43:24:723 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-2797 regarding medical treatment.  Forward to CC Nebergall

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | | |
|---|---|---|---|---|
| **IDOC #** | M15075 | | **Counseling Date** | 11/01/21 11:40:29:347 |
| **Offender Name** | HUCKABEE, JOHN | | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-2795 regarding medical treatment. Forward to CC Nebergall

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 11/09/21 09:58:15:757 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-2863 regarding medical treatment.  Forward to CC Nebergall

**Print Date  11/9/2021**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **M15075** | **Counseling Date** | 11/09/21 09:55:07:517 |
| **Offender Name** | **HUCKABEE, JOHN** | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-2861 regarding medical treatment.  Forward to CC Nebergall

**Print Date  11/9/2021**

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | | |
|---|---|---|---|---|
| **IDOC #** | **M15075** | **Counseling Date** | 11/10/21 11:46:35:260 | |
| **Offender Name** | **HUCKABEE, JOHN** | **Type** | Collateral | |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance | |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 | |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator | |

Received Grievance #21-2927 regarding medication.  Forward to CC Nebergall

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **M15075** | **Counseling Date** | 10/28/21 09:07:48:927 |
| **Offender Name** | **HUCKABEE, JOHN** | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI    HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-2750 regarding medication.  Forward to CC Nebergall

$exhibit + \text{(illegible)} E$

**Print Date  10/28/2021**

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | | |
|---|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 10/21/21 11:44:08:640 | |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral | |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance | |
| **MSR Date** | 03/14/2025 | **Location** | IRI | HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator | |

Received Grievance #21-2642 regarding medical treatment.  Forward to CC Nebergall

**Print Date  10/21/2021**

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 10/22/21 10:05:48:377 |
| **Offender Name** | **HUCKABEE, JOHN** | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-2664 regarding medical treatment.  Forward to CC Nebergall

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 10/25/21 11:27:28:290 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-2689 regarding medical treatment.  Forward to CC Nebergall

**Print Date  10/25/2021**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 10/27/21 09:38:38:253 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-2732 regarding medical treatment.  Forward to CC Nebergall

**Print Date  10/27/2021**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 10/26/21 09:39:33:037 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-2715 regarding medical treatment.  Forward to CC Nebergall

**Print Date  10/26/2021**

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/13/21 12:44:05:180 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-3399 regarding staff conduct.  Forward to CC Nebergall

exhibit E

exhaustion of administrative remedies

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | | |
|---|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/07/21 12:57:34:500 | |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral | |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance | |
| **MSR Date** | 03/14/2025 | **Location** | IRI | HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator | |

Received Grievance #21-3202 regarding staff conduct.  Forward to CC Nebergall

**Print Date  12/7/2021**

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/07/21 12:20:09:127 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI    HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-3326 regarding staff conduct.  Forward to CC Nebergall

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/07/21 12:04:39:420 |
| **Offender Name** | **HUCKABEE, JOHN** | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-3322 regarding staff conduct.  Forward to CC Nebergall

**Print Date  12/7/2021**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/02/21 08:00:25:817 |
| **Offender Name** | **HUCKABEE, JOHN** | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-3190 regarding staff conduct.  Forward to CC Nebergall

**Print Date  12/2/2021**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **M15075** | **Counseling Date** | 12/02/21 12:59:39:887 |
| **Offender Name** | **HUCKABEE, JOHN** | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-3190 regarding staff conduct. Forward to CC Nebergall

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/06/21 13:05:38:073 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-3158 regarding staff conduct.  Forward to CC Nebergall

**Print Date  12/6/2021**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | | |
|---|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/06/21 11:03:29:420 | |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral | |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance | |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 | |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator | |

Received Grievance #21-3277 regarding staff conduct.  Forward to CC Nebergall

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/06/21 11:33:46:923 |
| **Offender Name** | **HUCKABEE, JOHN** | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-3288 regarding staff conduct.  Forward to CC Nebergall

**Print Date  12/6/2021**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/06/21 11:23:23:860 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-3285 regarding staff conduct.  Forward to CC Nebergall

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/06/21 13:05:38:073 |
| **Offender Name** | **HUCKABEE, JOHN** | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI   HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-3158 regarding staff conduct.  Forward to CC Nebergall

**Print Date  12/6/2021**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M15075 | **Counseling Date** | 12/06/21 11:31:59:327 |
| **Offender Name** | HUCKABEE, JOHN | **Type** | Collateral |
| **Current Admit Date** | 11/15/2019 | **Method** | Grievance |
| **MSR Date** | 03/14/2025 | **Location** | IRI    HOUSING UNIT 3 |
| **HSE/GAL/CELL** | 03-D -30 | **Staff** | LEGGE, VICTORIA S., Office Coordinator |

Received Grievance #21-3287 regarding staff conduct.  Forward to CC Nebergall

Assigned Grievance #/Institution: _____   Housing Unit _____ 3 _____   Bed # _____ 30 _____

1st Lvl rec: 12/6/21   213277   **ILLINOIS DEPARTMENT OF CORRECTIONS**   2nd Lvl rec: _____
**Offender's Grievance**

| | | |
|---|---|---|
| Date: 12-1-21 | Offender (please print) Dhn HuhiBee | ID #: M15075   Race (optional): BIOCK |
| Present Facility: ILLINOIS RVUDEV C.C. | Facility where grievance/issue occurred: ILLINOIS RVUDEV C.C. | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Breach of duties failure to protect

- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and **place in the designated locked receptacle marked "grievance":**

> **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
> **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
> **Chief Administrative Officer,** only if EMERGENCY grievance
> **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

12-1-21 9in spade N/Retovy. LT Jester
LT Thrush 606 360 LT Hamlin
9t's clear these 3 officers did not
live up to there duties the law
calls there Action s negligent or
Careless these officers Breached
there duties of care By Allowing

[x] Continued on reverse

**Relief Requested:** Justice shall Be served

_____

_____

_____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [x] Check if this is NOT an emergency grievance.

Dhn HuhiBee   M15075   12-1-21
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 1/26/22   [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Gr# 21-3277 Response Per I/A LT. Johnson ! THe issue is
Currently Pending An Investigation By I/A "

_____

_____

_____

Neberall   [signature]   1/26/22
Print Counselor's Name   Sign Counselor's Name   Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____   _____
Chief Administrative Officer's Signature   Date

Assigned Grievance #/Institution: _____ on file _____

Housing Unit: 3    Bed # 30

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                    2nd Lvl rec:

or creating a dangerous situation
above and beyond the normal
level of risk we encounter

I was exposed to a unreasomable
risk of serious harm which violates
the 8th amendment

I was attacked right in front of
LT Thrush #636 - LT Jester
LT Hamilton. Video footage
supports this

LT Jester stated he observed
the unknown white male
assulting towards me and LT Jester
stated he turned his head
from the unknown white male
for no explained reason and I was
severely attacked.

LT Thrush #210 pepper
sprayed me for retaliation
from the 11-25-21 incident
inside dietary.

I did not resist at all but
he still sprayed me

he threated me when the 11-25-21
issue occurred
it's inside the venuts
6 days later he
sprayed me
which is retaliation and also
excessive force
harassment
intimidation

LT Thrush #210 also
violated my 1st amendment
freedom of speech —

These 3 officers
is guilty of safety neglect

Distribution: Master File; Offender          Page 2 of 2          DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____ Housing Unit: 3 Bed # 30

1st Lvl rec: 12/3/21   213247   **ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**                     2nd Lvl rec: _____

Date: 12-2-21   Offender (please print): John Huckabee   ID #: M15075   Race (optional): Black (B)

Present Facility: Illinois River C.C.   Facility where grievance issue occurred: Illinois River C.C.

**Nature of grievance:**

☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☒ Other (specify): unsafe conditions
☐ Disciplinary Report requested
   Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

12-1-21 Between 11:00 AM - 12:00 PM
Inside dietary Q C.O.'s attacked
while entering Q apple by a
white unknown male, I Thrush
Lolo36, LT Jester, LT Hamlin allowed
this to occur right in front of them
unsafe conditions

☒ Continued on reverse

**Relief Requested:** Guaranteed safety

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

John Huckabee   M15075   12-2-21
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 1/26/22   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: GV# 21-3247 Response PER 1/2 LT Johnson: "THIS ISSUE IS CURRENTLY PENDING AN INVESTIGATION BY I/A."

Nebergall   1/26/22
Print Counselor's Name   Sign Counselor's Name   Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 12/3/21

Is this determined to be of an emergency nature?   Duplicate.

☐ Yes, expedite emergency grievance
☒ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____   12/3/21
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

*(handwritten left margin: Justice will not be served here)*
*(handwritten right margin: Justice will not be served)*

Assigned Grievance #/Institution: _____     Housing Unit: ___3___   Bed #: _30_

1st Lvl rec: _____     ILLINOIS DEPARTMENT OF CORRECTIONS     2nd Lvl rec: _____
                              **Offender's Grievance**

LT Thrush 6630 Pepper Sprayed
me for no reason which left me
senere [impaired]

        all defendants
        showed
reckless disregord for
my safety.

It's there Job to Protect Me
and they didn't

        Safety neglect


        nothis indifference
        by staff

*incident report evidence*

Assigned Grievance #/Institution: _____  Housing Unit: __3__  Bed #: _30_

1st Lvl rec: 12/7/21   213326   ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**   2nd Lvl rec: _____

Date: 12-1-21   Offender (please print): Dhn HucMiBee   ID #: ML5075   Back (optional): BDLM

Present Facility: *Pinkneyville C.C*   Facility where grievance issue occurred: *Pinkneyville C.C*

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): *unsafe conditions*
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   **Chief Administrative Officer**, only if EMERGENCY grievance
   **Mail to Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

12-1-21  Inside  Statev  9  was
attacked  and  LT  Jester
LT  Thurssh,  who  30  LT  Hamlyn  allowed
this  to  occur  &  suffered  pain
discomfort  anxiety  loss of sleep
severe  herdaches  severe  lower  bock
back  pain  severe  shoulder  pain

[x] Continued on reverse

**Relief Requested:** Justice  shall  Be  served

create  safe  and  secure
environment

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

Dhn HucMiBee   ML5075   12-1-21
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 1/26/22   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
GV # 21-3326 RESPONSE PER I/A LT. JOHMN: "THIS ISSUE IS CURRENTLY PENDING
AN INVESTIGATION BY I/A."

Neberall   PCB   1/26/22
Print Counselor's Name   Sign Counselor's Name   Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____   _____
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____     Housing Unit: __3__   Bed # 3O

1st Lvl rec: _____     ILLINOIS DEPARTMENT OF CORRECTIONS
                             **Offender's Grievance**          2nd Lvl rec: _____

9 also was pepper spwder
for no reason which ve cited
an severe punishment
9 was denied medical care

unsafe conditions

John Hurtber has been
and will continue to be
irreparably injured by the
conduct of the defendants

LT Je stev
LT Thrush, Idn 3Lo
LT Hamlin

court protection was denied

Assigned Grievance #/Institution: _____   Housing Unit: 3   Bed # 30

12/7/21   213322

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

Date: 12-5-21   Offender (please print): John Huntibee   ID #: M15075   Reception: B/D CH

Present Facility: Illinois River C.C.   Facility where grievance/issue occurred: Illinois River C.C.

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☐ Medical Treatment   ☐ ADA Disability Accommodation
☑ Staff Conduct   ☐ Dietary   ☐ HIPAA   ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility   ☐ Other (specify): _____
☐ Disciplinary Report

Date of report _____   Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not-resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

12-1-21  in side  a deton y
LT  Estev  -  LT  Thrush  W/a 3/h
LT  Hamlin  allowed  me  to  be
attacked  Right  in  front  of  them
there  autions  should  covele  ssne  cc
which  led  to  the  attack
This  created  more  issues  ☑ Continued on reverse

**Relief Requested:** Justice  shall  be  served

Better  security

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is NOT an emergency grievance.

John Huntibee   M15075   12-5-21
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 1/26/22   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: GV # 21-3322  Response  per  I/A  LT. Johnson: "This  issue  is  currently
pending  an  investigation  by  I/A."

Nebergall   _____   1/26/22
Print Counselor's Name   Sign Counselor's Name   Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?
☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____   _____
Chief Administrative Officer's Signature   Date

Assigned Grievance #/Institution: _____     Housing Unit: __3__   Bed #: _30_

1st Lvl rec: _____                ILLINOIS DEPARTMENT OF CORRECTIONS         2nd Lvl rec: _____
                                          Offender's Grievance

such as mental deterioration
              stress
        embarrassment
        depression

        offenders view c.c. rules
        states
97 9s the intention of the staff
to provide a service
and humane environment
              these are rules

        understanding and fairness
does not exist here

        rules and regulations
are broken here everyday
by staff.

all rights are limited
        here

        discrimination
9s a big issue here
also deliberate indifference
to medical needs

        violation to due process

each day we are exposed
to unreasonable risk of ~~contacting coronavirus~~
serious harm
        also retaliation
                depriction

        There is something
drastically wrong here
instate offenders view c.c.

Assigned Grievance #/Institution:                                           Housing Unit: HU 3050   Bed #: 2 3

1st Lvl rec: 11/24/21   213138   **ILLINOIS DEPARTMENT OF CORRECTIONS**      2nd Lvl rec:
                                 **Offender's Grievance**

Date: 11-25-21   Offender (please print): John HuclleBee   ID #: M15075   Race (optional): Black

Present Facility: Pontiac's Videv C.C.   Facility where grievance issue occurred: Pontiac's Videv C.C.

**Nature of grievance:**

☐ Personal Property ☐ Mail Handling ☐ Medical Treatment ☐ ADA Disability Accommodation
☑ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☑ Other (specify) Cruel and Unusual Punishment
☐ Disciplinary Report

Date of report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

11-25-21 Between 10:00am - 11:00am
On Side Wetlaw LT Thrush (66362)
harassed me and also tryed to
take my food from me. LT Thrush
(66362) exposed me to unreasonable
risk of serious harm. LT Thrush (66362)
subjected me to cruel and unusual

☑ Continued on reverse

**Relief Requested:** Immediate release from segregation
also All Charges be
dropped and erased
Discipline LT Thrush (66362)

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

John HuclleBee   M15075   11-25-21
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 1/26/22   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per I/A LT Johnson: This issue is currently pending an investigation
by I/A.

Nebergall   [signature]   1/26/22
Print Counselor's Name   Sign Counselor's Name   Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 11/30/21

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☑ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

[signature]   11/30/21
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

(left margin, vertical text) ISSUE - Shall Be - Severed

Assigned Grievance #/Institution:                                    Housing Unit _B.H.U_   Bed #: _2 3_

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                                          2nd Lvl rec:

Punishment when I was sent to
segregation for no reason
LT Thrush 1/6/3/6 refused his
Authority. 14th amendment was
violated equal protection

I was treated with callous
indifference. By LT Thrush 1/6/3/6
dehumanizing abuse
under color of law.

LT Thrush 1/6/3/6 inflicted brutal
and gratuitory's force that was
unnecessary.

John Hurth.Ree has been and will
continue to be privileged by
involved by the conduct
of LT Thrush 1/6/3/6

medical care was denied
for the injury I received
from LT Thrush 1/6/3/6
which he failed to document
which is a violation

LT Thrush 1/6/3/6 showed deliberate
indifference to Medical needs
medical neglect

8th amendment ensures me
medical care

Distribution: Master File; Offender                Page 2 of 2                DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution:                                    Housing Unit: Segregation 3D30    Bed #: 2  2

| 1st Lvl rec: 12/2/21 | 213202 | **ILLINOIS DEPARTMENT OF CORRECTIONS**<br>**Offender's Grievance** | | 2nd Lvl rec: |

| Date: | Offender (please print): Jvhn Humbee | ID #: ML8075 | Race (optional): Blk |
| Present Facility: Illinois Valley C.C. | | Facility where grievance issue occurred: Illinois Valley C.C. | |

**Nature of grievance:**

☐ Personal Property  ☐ Mail Handling  ☐ Medical Treatment  ☐ ADA Disability Accommodation

☒ Staff Conduct  ☐ Dietary  ☐ HIPAA  ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility  ☒ Other (specify): Inhumane  treatment .

☐ Disciplinary Report

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

> **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
> **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
> **Chief Administrative Officer,** only if EMERGENCY grievance
> **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have Been Held captive Since
11-25-21 for no reason false Charges
have Been made against me
It's Been s days without a
hearing or even a Phone Call
I'm Being Subjected to dehumanizing
abuse under color of law

☒ Continued on reverse

**Relief Requested:** Immediate release
I'm here for no reason

due to several violations
from Illinois Valley C.C. Personnel

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

| John Humbee | ML8075 | 11-29-21 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 1/26/22    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

GV# 21-3202 RESPONSE PER "A LT. JOHNSON: THIS ISSUE IS CURRENTLY PENDING
AN INVESTIGATION BY I/A.

| Neberall | | 1/26/22 |
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 12/3/21

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance

☒ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

| | | 12/3/21 |
| Chief Administrative Officer's Signature | | Date |

Justice Shall Be Served

Assigned Grievance #/Institution: _____

Housing Unit: B.H.U   Bed #: 2  2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____        2nd Lvl rec: _____

segregation conditions are
inhumane.

LT Thrush b/b 3/o
violated my rights
and inflicted unnecessary
Punishments this created
mental deterioration

This violates the cruel and —
unusual Punishment

LT Thrush b/b 3/o also
used excessive force
on me, and denied me
medical care
he failed to report
my injury

Violations

deliberate indifference
to medical needs

discriminating
cruel and unusual Punishment

unsafe conditions

excessive force
reckless disregard for rights

Personnel 9's aware of
my medical and mental health
Problems.

I am in severe pain because of
segregation, Bed 9's full of
metal no padding what so ever
ever.

This has been
traumatic to me and my Body.
I also have scoliosis.

Assigned Grievance Information

NOV 1 2021

1st Level

212986

Housing Unit: 3  Bed #: 30

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: 11-13-21 | Offender (please print): Dann Hornabee | ID #: M15075 | Rec'd (optional): |

Present Facility: Illinois River C.C.   Facility where grievance/issue occurred: Illinois River C.C.

**Nature of grievance:**

☐ Personal Property ☐ Mail Handling ☑ Medical Treatment ☐ ADA Disability Accommodation
☑ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☑ Other (specify): Obstruction of Medical
☐ Disciplinary Report _____ needs

Date of report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

11-13-21 I was given a unknown drug at 9:15am which is a mind stablizer. I altered I had a bad experience with this drug which resulted in blurred vision and memory. I made a medical complaint and I was altered from meds.

☑ Continued on reverse

Relief Requested: I am exposed to unreasonable risk of serious harm.

complete medical exams requested Humane Treatment requested

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Dann Hornabee   M15075   11-13-21
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** Date Received: 1/23/21 ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Duplicate grievance, this issue was previously addressed, see response to GV # 23057.

N Brimhall   12/23/21
Print Counselor's Name   Sign Counselor's Name   Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____   _____
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution ►                    Housing Unit ___   Bed # ___

1st Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec

for Blurry Vision and Headaches which IDOC'S
are Disrespectful

Medical Personnel
is aware of the risk of serious
harm But still are completely
indifferent to these risks

Although river C.C. staff
Wexford Health Personnel
failed to Provide treatment or
contact a doctor
denial of adequate Medical care
i was not examined or treated
By Medical staff

Medical Personnel has reckless
disregard for Human safety
which is Obvious is dangerous
dangerous

My Physical functions is altered
callous indifference to my rights

Medical Personnel-Mental Health Personnel
Knew from previous complaints
that this drug was found to be
harmful to me But still issued
this drug to me over and over
with disregard

1.   unsafe conditions
2.   discrimination
3.   inhumane treatment
4.   deliberate indifference
to Medical needs

All evidence is on file

John Hutchinson
has Been and will continue
to Be irreponsibly injured By the
conduct of Medical Personnel

Although river C.C. Personnel
Wexford Health Personnel
Trifcame could responsible
for my welfare

Medical care neglect

Distribution: Master File; Offender                    (Page 2 of 2)                    DOC 0046 (Rev. 01/2020)

Received
Assignment committee #/Institution:                                                    Housing Unit: _3_  3pt # _30_

NOV 22 2021        213086        ILLINOIS DEPARTMENT OF CORRECTIONS
                                  **Offender's Grievance**

| Date: 11-19-21 | Offender (please print): Dan Huckleber | ID #: ML5075 | Race/optional: Black |

| Present Facility: Pinckneyville R.C. | Facility where grievance issue occurred: Pinckneyville R.C. |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify)

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Medical Neglect _____
_____ Cruel treatments _____
Date of report                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

11-6-21 to 11-17-21 I suffered a
traumatic experience with mental
illness such as Seizures and Problem
which resulted in survived 6 major
Heart Problems Tremor, electracted
Blood Flow, Kacth Kidney Problems
Medical Personnel give native of
[x] Continued on reverse

**Relief Requested:**

Individuals welfare should
Be #1
In move deliberate Indifference
to Medical Needs

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance:

| Dan Huckleber | ML5075 | 11-19-21 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 12/23/21   [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Duplicate grievance, this issue was previously addressed, see response to
GV # 213057

| Neberall | [signature] | 12/23/21 |
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 11/30/21

Is this determined to be of an emergency nature?

- [x] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| [signature] | 11/30/21 |
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender                    Page 1 of 2                    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution:                                  Housing Unit: 3   Bed # 30

1st Lvl rec:                    **ILLINOIS DEPARTMENT OF CORRECTIONS**                    - 2nd Lvl rec:
                                          **Offender's Grievance**

these issues and understand
the vsb But was complete is
mostt event to those vsbs

medical personnel failed to provide
treatment or contact a doctor

medical personnel knew I was
in danger but still denied
me medical care
this supports a claim of deliberate
recklessness

no exams done
no treatment done

unsafe conditions
inmates mental deterioration

who do illinois vdoc c.c personnel
show mostt reverence to our
rights

I was exposed to a unreasonable
risk of serious harm
and also deprived of Basic human
needs such as medical care

inhumane treatment
from defendants
illinois vdoc c.c staff
wexford personnel

violations

8th amendment
14th amendment

John Hochkeeer #M50715
It's Been and will continue
to Be aggravated & inviced
By the conduct of the defendants

discrimination
as a serious issue here
illinois vdoc c.c

Distribution: Master File: Offender                Page 2 of 2                DOC 0046 (Rev. 01/2020)

Received
Grievance Officer
Assigned Grievance #/Institution: _____  Housing Unit ___3___  Bed # __30__

1st Lvl rec: NOV 22 2021  213084

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Date: 11-22-21 | Offender (please print): John Hunnicker | ID #: M15075 | Rec'd (complete): BY MT |

| Present Facility: Illinois River C.C. | Facility where grievance/issue occurred: Illinois River C.C. |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): unreasonable chances

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, and when and where it happened, and the name or identifying information for each person involved):

11-10-21 to 11-22-21 I have been receiving the wrong meds from medical personnel I have made over six move at this issue but no one seem to care I am being exposed to unreasonable resk of serious harm.

[x] Continued on reverse

**Relief Requested:** Illinois River C.C. has a serious threat to relive this have no rule s or regulation s are being ~~performed~~ followed safety should be # 1

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
[ ] Check if this is NOT an emergency grievance.

| Offender's Signature: John Hunnicker | ID#: M15075 | Date: 11-22-21 |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)  Date Received: 12/28/21  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Duplicate grievance, this issue was previously addressed, see response to GV # 213057. This counselor recommends this grievance be denied.

| Print Counselor's Name: Neleesll | Sign Counselor's Name: _____ | Date: 12/28/21 |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: 11/30/21

Is this determined to be of an emergency nature?
[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Medical.

Chief Administrative Officer's Signature: _____  Date: 11/30/21

Distribution: Master File; Offender  Page 1 of 2  DOC 0046 (Rev. 01/2020)

Received
Grievance Officer — EXHIBIT E
Assigned Grievance Administrator

JAN 1 0 2022

Housing Unit ___3___ Bed # __30__

1st Lvl rec: **220160**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: 1-6-22 | Offender (please print): John HuckleBee | ID # M15075 | Rec'd (optional) BI01  |
|---|---|---|---|

| Present Facility: Pontiac's MSEV C.C | Facility where grievance issue occurred: Pontiac's MSEV C.C |
|---|---|

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☐ Medical Treatment    ☐ ADA Disability Accommodation

☑ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility    ☑ Other (specify): Failure to Protect

☐ Disciplinary Report

_____ Date of report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

> **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board
> **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
> **Chief Administrative Officer,** only if EMERGENCY grievance
> Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

12-1-21 Pn.SPde dPe-tcvY
LT Jester LT Thvush lola3lo
LT Hamifn allowed me to Be
attacked
            Incident vePovts
                  uY ded evPdence
                  suPPovts all PloSms

☐ Continued on reverse

**Relief Requested:** Justice shall Be served

                  A Gvade vestovctson

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

John HuckleBee     M15075     1-6-22
Offender's Signature     ID#     Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 1/26/22    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

GV # 22-0160 RESPONSE PEA I/A LT. JOHNSON: "THIS ISSUE IS CURRENTLY
PENDING AN INVESTIGATION BY.I/A."

Nebergall     [signature]     1/26/22
Print Counselor's Name     Sign Counselor's Name     Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 01/11/22

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance    Duplicate.

☑ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

[signature]     01/11/22
Chief Administrative Officer's Signature     Date

Distribution: Master File; Offender     Page 1 of 2     DOC 0046 (Rev. 01/2020)

eXhiBit + _____ E

Received
A Grievance Officer #/Institution:                                           Housing Unit: 3      Bed # 30

JAN 04 2022     220093     ILLINOIS DEPARTMENT OF CORRECTIONS
                            **Offender's Grievance**                         2nd Lvl rec:

| Date: 12-26-21 | Offender (please print): John Hornberr | ID #: ML90ZS | Race (optional): BR |

| Present Facility: Pontiac C.C | Facility where grievance issue occurred: Pontiac C.C |

**Nature of grievance:**

☐ Personal Property        ☐ Mail Handling        ☐ Medical Treatment        ☐ ADA Disability Accommodation
☑ Staff Conduct            ☐ Dietary              ☐ HIPAA                    ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility  ☑ Other (specify): Due Proces & UoDiction
☑ Disciplinary Report  11-2-5-21
                       Date of report                              Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
    Chief Administrative Officer, only if EMERGENCY grievance
    Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
    issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

11-25-21 in gode Nr. tru 4
L T Thvush 60636 Placed Me
in se cove cri tion Dv no vers n
he also used excessive
force and g wos injured
which he failed to veport
L T Thvush 60636 used secovertion

☑ Continued on reverse

**Relief Requested:** Distince shall Be severed
a ve spec ttully as lchavges
Be dvopped and evascd

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is NOT an emergency grievance.

John Hornberr          ML90ZS          12-26-21
   Offender's Signature        ID#              Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 1/26/22   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: GU#22-0093 RESPONSE PER I/A LT. JOHNSON: "THIS ISSUE IS CURRENTLY
PENDING AN INVESTIGATION BY I/A."

Neberall                                                        1/26/22
Print Counselor's Name            Sign Counselor's Name            Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____              _____
Chief Administrative Officer's Signature              Date

Distribution: Master File; Offender                                    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____     Housing Unit: __3__   Bed #: __3?__

1st Lvl rec: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec: _____

as vetaligation to get back
at me for something i have
a right to do

he punished me for
complaining
freedom of speech violated

cruel and unusual punishment
was what he subjected
me to.

LT Thrush lolo36

harassed me
intimidated me
falsely punished me

due process

Assigned Grievance #/Institution:
Grievance Officer

Housing Unit: **3**      Pod #: **30**

**220217**

JAN 10 2022

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec

| Date: 1-10-22 | Offender (please print): DLN Hill,Bee | ID #: M15075 | Batch (optional) BDJ7 |

| Present Facility: PONTIAC MED-V C.C | Facility where grievance/issue occurred: PONTIAC MED-V C.C |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify)

- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Other (specify) Mis-SIP to t#0 MIX DIS-10-#01) S

Date of report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

11-2-5-21 9u5de detor u
LT Thrush lola3la violated the
1st Amendment Freedom of speech
he also violated 8th Amendment
when he used excessive force
and subjected me to cruel and
unusual Punishment s for no reason

[x] Continued on reverse

**Relief Requested:** LT Thrush lola3la need to Be
Trouble for his actions
Justice Shell Be served

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [x] Check if this is NOT an emergency grievance

Offender's Signature: DLN Hill,Bee    ID# M15075    Date 1-10-22

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 1/26/22    [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

GV^B 22-0217 Response PER VR LT. Johnson : "THIS ISSUE IS CURRENTLY PENDING
AN INVESTIGATION BY I/A."

Nevercall
Print Counselor's Name        Sign Counselor's Name        1/26/22
Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature        Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec:                                                    2nd Lvl rec:

12-1-21, in state detik
LT Thrish, lola3lo, retalitated
against me, for wiping
out lines on lim so he
pepper sprayed me, for
no reson, & did mt vesest
my wcs & O thilect

incident veport evidence
video evidence

LT Thrish lola3lo
certs cv mpticxtand
Bct cuff.

while erected
rign and suttering

*Cruel Punishments*

Assigned Grievance #/Institution: _____
Received Grievance Officer
JAN 06 2022   **220104**

Housing Unit: __3__   Bed #: 30

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

Date: 12-29-21   Offender (please print): John Hollabee   ID #: M10755   Race (optional): _____

Present Facility: Pontiac Valley C.C.   Facility where grievance/issue occurred: Pontiac Valley C.C.

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Disciplinary Report  11-25-21
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Constitution Isolations
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report ___   Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

11-25-21 on side at retory 10:30 AM L.T Thrush, Ida 3b HBU sent me to do segation and sent me to segregation for no ver son and he also in voked me with excessive force when he failed to report it.

[x] Continued on reverse

**Relief Requested:**

Please drop all charges and remove from records statics, re-store Agurda statics. L.T Thrush, Ida 3b

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

John Hollabee   M10755   12-29-21
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 1/26/22   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: GV# 22-0104 RESPONSE PER I/A LT. JOHNSON: "THIS ISSUE IS CURRENTLY PENDING AN INVESTIGATION BY I/A."

Nebergall   _____   1/26/22
Print Counselor's Name   Sign Counselor's Name   Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____   _____
Chief Administrative Officer's Signature   Date

Received
Assignment/Grievance Officer/Distribution: _____    Housing Unit: __3__    Bed #: _30_

1st Lvl rec: JAN 0 4 2022   220092    ILLINOIS DEPARTMENT OF CORRECTIONS
                                      **Offender's Grievance**              2nd Lvl rec: _____

| Date: 12-26-21 | Offender (please print): John Huckabee | ID #: M50725 | Race (optional): Bill (M) |

| Present Facility: James S Vider C.C | Facility where grievance issue occurred: James S Vider C.C |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] HIPAA
- [x] Other (specify): failure to protect
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
    Chief Administrative Officer, only if EMERGENCY grievance
    Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

12-1-21 In side dietavy
11-25-21 in side dietavy
correctional officer's exprsed
Me to unvessorible vest
of servou's harm and also
deprived me of protection
we have the right to Be
[x] Continued on reverse

**Relief Requested:** Justice shall Be Served

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[x] Check if this is NOT an emergency grievance.

John Huckabee    M50725    12-26-21
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: 1/26/22    [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

GVA 22-0092 Response PER Lt. Johnson: "This issue is currently
pending an investigation By I/A."

Nevergall    [signature]    1/26/22
Print Counselor's Name    Sign Counselor's Name    Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____    Date _____

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____   Housing Unit: __3__   Bed #: 30

1st Lvl rec: _____   ILLINOIS DEPARTMENT OF CORRECTIONS   2600SS   2nd Lvl rec: _____
**Offender's Grievance**

treated with constitutional
and dignity

L T Thrush 10030
L T Jester
L T Hamlin
failed to disclose
evidence in regards
to the se incidents

constitutional rights violated
By concealing evidence
material and did so with
deliberate indifference
recklessness disregard
for the truth and my rights

to withheld evidence
is a violation

discriminatory
inhumane treatment
is very clear

incident reports
are on file
failure to protect

Distribution: Master File; Offender          Page 2 of 2          DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____  Housing Unit: __3__  Bed #: __30__

1st Lvl rec: 12/6/21    213285    ILLINOIS DEPARTMENT OF CORRECTIONS    2nd Lvl rec: _____
**Offender's Grievance**

| Date: 12-4-21 | Offender (please print): John HuckaBee | ID #: M15075 | Race (optional): BDLH |

Present Facility: ILLINOIS RIVER C.C.    Facility where grievance issue occurred: ILLINOIS RIVER C.C.

**Nature of grievance:**

☐ Personal Property          ☐ Mail Handling          ☐ Medical Treatment          ☐ ADA Disability Accommodation

☑ Staff Conduct             ☐ Dietary               ☐ HIPAA                      ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility   ☑ Other (specify): Safety Negligence

☑ Disciplinary Report  ~~veAuested~~
_____    _____
Date of report                 Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

> Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
> Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
> Chief Administrative Officer, only if EMERGENCY grievance
> Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

12-1-21  10:00 am - 11:00 am  inside
Sectory. LT Thrush  LT Jester
LT Hamlin  WCS present
4 WCS attached
video evidence
supports this

☐ Continued on reverse

**Relief Requested:** Better Security

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is NOT an emergency grievance.

John HuckaBee          M15075          12-4-21
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 1/26/22    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

GV# 21-3285 RESPONSE PER I/A LT. JOHNSON: "THIS ISSUE IS CURRENTLY
PENDING AN INVESTIGATION BY I/A."

Nebergall          _____          1/26/22
Print Counselor's Name          Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____          _____
Chief Administrative Officer's Signature          Date

John Huchobe__ #M17545
westen illinois c. c.
2500 route 99 s
mt sterling. illinois 62353

This Correspondence is
from an Individual in Custody in the
Illinois Department of Corrections

US POSTAGE
ZIP 62353   $ 002.76
0000366740 MAR 17 2022

+2.76
2g

united states district court
central district of illinois
office of the clerk
room 309
federal building
100 N.E monroe
peorfo. illinois 61602