Amended complaints

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
MAY 23 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

John Huckabee, )
                )
    Plaintiff   )
                )
    vs.         ) Case No. 1:22 — cv — 01084 JBM
                ) (The case number will be assigned by the clerk)
Thrush          )
Jester          )
Hampton         )
                )
                )
                )
                )
    Defendant(s))

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[x] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Amended Complaint

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: John Huckabee

Prison Identification Number: M15045

Current address: Western Illinois C.C.
2500 Route 99 S
Mt Sterling, Illinois 62353

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Shawn Thrush

Current Job Title: Lieutenant

Current Work Address: Illinois River C.C.
P.O. Box 999
Canton, Illinois 61520

Defendant #2:

Full Name: Jester

Current Job Title: Lieutenant

Current Work Address: Illinois River C.C.
P.O. Box 999
Canton, Illinois 61520

Defendant #3:

Full Name: Hamlen

2

Current Job Title: Lieutenant

Current Work Address: Illinois River C.C.
P.O. Box 999
Canton, Illinois 61520

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☒

3

Amended Complaint
1:22-cv-01084-JBM #14 Filed: 06/06/22 Page 4 of 6

## V. STATEMENT OF CLAIM

Place(s) of the occurrence **Pekoru** [Pekoru]

Date(s) of the occurrence **12 – 1 – 21**

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

12-1-21 Inside Pekoru between 10:00 – 11:00 am Lieutenants Thrush & Jester Hamlin allowed me to be attacked right in front of them and did nothing to prevent or stop the beating. Officers refuse to reveal the name of the white male who attacked me. Lieutenants are personally responsible for negligence and being careless. Physical and emotional injuries. Incident reports and video footage supports all claims.

5

Amended Complaint

## RELIEF REQUESTED

(State what relief you want from the court.)

A declaration that the acts and omissions described herein violated plaintiff's rights under the constitution and laws of the United States. A jury trial on all issues triable by jury. Plaintiff's costs in this suit. Compensatory damages in the amount of $10,000 against each defendant jointly and separately.

JURY DEMAND     Yes [X]     No [ ]

Signed this __MAY__ day of __14__, 20__22__

__John Huckabee__
( Signature of Plaintiff)

| Name of Plaintiff: John Huckabee | Inmate Identification Number: M15045 |
|---|---|
| Address: Western Illinois C.C. 2500 Route 99 S Mt Sterling, Illinois 62353 | Telephone Number: |

8

John Hutchobe #M1045
Western Illinois C.C.
2500 route 99 S
Mt Sterling. Illinois. 62353

United states district court
office of the clerk
  100 N.E monroe
Peoria. Illinois. 61602



John Hutchobe #M1045
Western Illinois C.C.
2500 route 99 S
Mt Sterling. Illinois. 62353

United states district court
office of the clerk
  100 N.E monroe
Peoria. Illinois. 61602