_second amended complaint_

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

John Huckabee,
                    Plaintiff

vs.

LT Shawn Thrush
LT Jester
LT Hamlin

                    Defendant(s)

Case No. 1:22-CV-01084-JBM
(The case number will be assigned by the clerk)

FILED
OCT - 7 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[x] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

   Full Name: John Louis Huckabee JR

   Prison Identification Number: M15025

   Current address: Western C.C
   2500 route 99 s
   Mt sterling, Illinois. 62353

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

   Defendant #1:

   Full Name: Shawn M. Thrush

   Current Job Title: Lieutenant

   Current Work Address: Illinois river C.C
   P.O Box 999
   Canton, Illinois. 61520

   Defendant #2:

   Full Name: Jester

   Current Job Title: Lieutenant

   Current Work Address: Illinois river C.C
   P.O Box 999
   Canton, Illinois. 61520

   Defendant #3:

   Full Name: Hamlin

2

Current Job Title: _Lieutenant_

Current Work Address _Illinois River C.C._
_P.O Box 999_
_Canton, Illinois. 62353_

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☑

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒  No ☐

4

. Second Amended
. Complaint

## V. STATEMENT OF CLAIM Illinois River

Place(s) of the occurrence   Inside dietary ~~Alexander~~ C.C.

Date(s) of the occurrence   12-1-21

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

Inside dietary at Illinois River C.C. Between 10:00-11:00 am on 12-1-21 I received my food and was seated at a 4 man table — LT Jester and LT Hamlin was on my left and LT Thrush 66366 was to my right as I proceeded to eat with my head down 3-5 mins later a unknown white male inmate began to attack me I was blind sided the attack lasted 5 mins which seemed like forever — these 3 officers was no more than 3 or 4 feet away and decided to ignore the beating for 5 mins before they responded — when these 3 officers did respond I was already on the ground — LT Thrush pepper sprayed me for no reason I was face down and never resisted arrest once —

5

The white unknown male who attacked me inside dietary came from the other side of the dietary which he was not allowed — this unknown white male walked past officer Thrush — Jester and Hamlin and was allowed to attach me these officers watched this unknown white male Breach the rules and also attach me which violated my safety — if these 3 officers were doing there JoB and following Procedure I would of Never Been attached right in front of them — there JoB is to Prevent danger —

these 3 officers actions were negligent and careless which is a Breach of duty —

Second Amended Complaint

6

defendants Thrush-Jester-Hamlin who are officers at Pontiac river C.C witnessed the attack and did nothing to prevent or stop the Beating— after review LT Jester stated he observed the white unknown male inmate get out of his seat which he was not allowed to do— Jester and Hamlin observed the white male inmate walk from across from the other side dietary right past Thrush-Jester-Hamlin then right into my direction and was allowed to harm me— Thrush peppersprayed me as retaliation for a previous incident on 11-25-21 which also took place in side dietary— were Thrush stated he ~~~~~~~~~ would spray me — 12-1-21 Thrush made good on his promise Because he sprayed me for no reason— all 3 officers Thrush-Jester and Hamlin was responsible for my safety 12-1-21 which resulted in several injuries— these actions were careless

Second amended complaint

6

I received a Tumor on my Brain from the white unknown male inmate during the sexusism attack — I also went Blind in my left eye for 3days Because Thrush Pepper sprayed me — excessive force used was a threat of violence against me which was so unnecessary — These 3 officers Thrush-Jester-Hamion also failed to report my injuries — the attack was pure evil and also painful — those sins felt like forever the force used was so unreasonable — Breach of duty was violated all 3 officers failed to take reasonable steps to prevent my harm — video footage and incident reports support all claims. dehumanizing abuse under color of law inflicting Brutal force —

Second amended complaint

7

a declaration that the acts and omissions described herein violated

## RELIEF REQUESTED

(State what relief you want from the court.)

my rights under constitution laws — a jury trial on all issues triable by jury defendants pay my costs in this suit compensatory damages against each defendant jointly and separately for $10,000 — Punitive damages in the amount of $10,000 against each defendant — any additional relief this court deems proper and equitable 10-1-22 respectfully submitted

JURY DEMAND    Yes ☑    No ☐

Signed this __10__ day of __1__, 20__22__.

John Huckabee

(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| John Huckabee | M15025 |
| Address: Western C.C. 2500 Route 99 S mt sterling. Illinois. 62353 | Telephone Number: |

Second amended complaint

8

facts —

date — 12-1-21

place —
depository

facility —
Illinois River C.C.

3 officers on scene

LT Thrush —

LT Jester —

LT Hampton —

Injuries

Tumor
Bruises Hands
Blood on Left eye

*Second Amended Complaint*

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

John Huckabee </u>  )
Plaintiff(s)          )
                      )
          vs.         )    Case Number: 1:22—CV—01084—JBM
Shawn M. Thrush       )
Defendant(s)          )

## MOTION TO REQUEST COUNSEL

1. I, John Huckabee, declare that I am (check one) ☒ Plaintiff ☐ Defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and I request that the Court assist me in seeking volunteer counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation in this case: **(This item must be completed, and you should attach documentation showing that you have asked several attorneys to represent you in this case.)**

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

   ☒ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ __0__.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: 0

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: 0

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: 0

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: 0

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10-1-22

John Huchabee
*Applicant's signature*

John Huchabee
*Printed name*

4. (continued)

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. In further support of my motion, I declare that my highest level of education is (check one):

   ☐ Grammar school only    ☒ Some high school    ☐ High School graduate

   ☐ Some college    ☐ College graduate    ☐ Post-graduate

6. (Check only if applicable): ☐ In further support of my motion, I declare that my ability to speak, write, and/or read English is limited, because English is not my primary language or because (explain reason):

7. I declare under penalty of perjury that the foregoing is true and correct.

Date: 10-1-22     John Huckabee
                  Movant's Signature

Western I.L
Street Address
2500 route 99 S

City/State/Zip
Mt Sterling
Illinois - 62353

**Failure to complete all items in this form may result in the denial of this motion.**

second amended

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

John Huchabee
_____
Plaintiff/Petitioner

v.

Shawn M. Thrush
_____
Defendant/Respondent

Civil Action No. 1:22-cv-01084-JBM

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Western C.C.__
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ __0__, and my take-home pay or wages are: $ __0__ per (specify pay period) __0__.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment   ☐ Yes   ☒ No
(b) ~~Rent~~ payments, interest, ~~or dividends~~     ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments      ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments     ☐ Yes   ☒ No
(e) Gifts, or inheritances                            ☐ Yes   ☒ No
(f) Any other sources                                 ☐ Yes   ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

__Second Amended__

John Hubbard #M15075
Western Illinois C.C.
2500 Route 99 S
Mt. Sterling, Illinois. 62353

Office of the Clerk
United States District Court
Federal Building
100 N.E Monroe
Peoria. Illinois. 61602

Official Business

This Correspondence is from an Individual in Custody in the Illinois Department of Corrections

ZIP 62353
02 4W
0000386835
US POSTA