FILED

JUN 23 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| John Huckabee<br>    Plaintiff | Case # 22-CV-1084 |
| Vs. | Judge Joe Billy Mcdade |
| Shawn Thrush, Jason Jester,<br>Brian Hammond<br>    defendants. | |

Motion for Appointment of counsel

Pursuant to 28 U.S.C. 1915 (e) plaintiff moves for an Order appointing Counsel to Represent him in this case.

In Support of this Motion plaintiff states:

1. Plaintiff is unable to afford Counsel, he has requested leave to proceed in forma paupers.

2. Plaintiff's imprisonment will greatly limit his ability to litigate the issues involved in this case are complex and will require significant research and investigation. Plaintiff has limited access to the Law Library and limited knowledge of the Law.

3. A Trial on this will likely involve conflicting testimony and counsel would better enable the plaintiff to present evi--dence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer.

WHEREFORE, plaintiff request that the Court Appoint a member of the " Bar " as Counsel in this case.

Date: 6-20-23

<u>John Huckabee</u>
<u>Western Illinois C</u>
<u>2500 Route 99 Sout</u>
<u>Mt. Sterling,Il 62353</u>

John HuCNABe    #m15045
WesteVN PllenORS C.C
2500 vOute    99 S
mt Sterling, Pllenors. Lo24

This Correspondence is from
an Individual in Custody in the
Illinois Department of Corrections

UnPted States dPstrPct CoUvt
OFFPce of the ClevN
100 n.e. MonVoe St.
PeOvPA. PllPnoPS. LoLoO2