

FILED

AUG - 7 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

4413 North Sheridan | Chicago, Illinois 60640
Phone: 773.769.1411 | Fax: 773.769.2224
www.uplcchicago.org

**PRIVILEGED LEGAL CORRESPONDENCE**

John Huckabee M15075                                07/27/2023
Western Illinois Correctional Center
2500 Rt. 99 South
Mount Sterling, IL 62353

Dear John Huckabee,

We received your letter requesting legal assistance. While UPLC represents many prisoners, we are a small legal aid office that has limited capacity to assist individuals with their legal matters. Unfortunately, this means we are unable to represent you.

Although UPLC cannot represent you, that does not mean you do not have a good claim. We have not investigated your potential claims. However, there are various deadlines and requirements necessary for filing a case. First of all, under the Prisoner Litigation Reform Act, before you can file a case, you need to exhaust IDOC's administrative remedies by filing a grievance and following the process for appealing that grievance. Also, once the grievance process has been exhausted, the case must be filed within the statute of limitations - generally 2 years.

We have not reviewed the merits of your claim and are not in a position to advise you which deadlines apply to your case. If such a deadline is approaching, you should file something on your own immediately, so you do not miss any deadlines.

Although we are unable to represent you, we recommend that you keep a copy of this letter for your records. If you decide to file a lawsuit without legal representation, you will be able to file a motion with the court asking for an attorney to represent you. If you file a motion for an attorney, you must include evidence that you tried to find an attorney on your own and you should submit a copy of this letter and similar letters you may have received from other law offices along with such a motion.

Thank you for reaching out to us. Sorry we cannot assist you, but we wish you the best of luck going forward.

Uptown People's Law Center

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
JUN 23 2023
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| John Huck~~~~~~<br>    Plaintiff | ) <br> ) Case # 22-CV-1084 <br> ) |
| Vs. | ) Judge <br> )   Joe Billy Mcdade <br> ) |
| Shawn Thrush, Jason Jester, <br> Brian Hammond <br>        defendants. | ) <br> ) <br> ) |

Motion for Appointment of counsel

Pursuant to 28 U.S.C. 1915 (e) plaintiff moves for an Order appointing Counsel to Represent him in this case.

In Support of this Motion plaintiff states:

1. Plaintiff is unable to afford Counsel, he has requested leave to proceed in forma paupers.

2. Plaintiff's imprisonment will greatly limit his ability to litigate the issues involved in this case are complex and will require significant research and investigation. Plaintiff has limited access to the Law Library and limited knowledge of the Law.

3. A Trial on this will likely involve conflicting testimony and counsel would better enable the plaintiff to present evi--dence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer.



John Huchaba #M15045
Western Illinois C.C.
2500 Route 99 S
Mt. Sterling, Illinois 62353

This Correspondence is from an Individual in Custody in the Illinois Department of Corrections

Clerk of the Court
100 N.E. Monroe
Peoria, IL 61602